BANK OF BEIJING CO. LTD. (XIANGSHAN SUB B)
1-1, 1-2, 1-3, BUILDING 1
2ND DISTRICT, XUEFU SHUJIAYUAN,
HAIDIAN DISTRICT
BEIJING, BEIJING  100085  CHINA

BEIJING BAIDING NEW CENTURY BUS MGT CO
BUILDING 3
13 COURTYARD NO, WORKERS SADIUM NORTH ROA
CHAOYANG DISTRICT
BEIJING, BEIJING  100000  CHINA

BEIJING BAIRUI CULTURE MEDIA CO, LTD
12 FLOORS, BLOCK B, WANTONG CENTER
NO. 6, CHAOWAI ST, CHAOYANG DISTRICT
CHAOYANG DISTRICT
BEIJING, BEIJING  10005  CHINA

BEIJING BLUE GIANT REAL ESTATE INVEST.
12 FLOORS, BLOCK AB
WANTONG CENTER
NO. 6, CHAOWAI STREET
BEIJING, CHAOYANG DISTRICT  100005  CHINA

BEIJING CENTURY RUIKE SYSTEM TECH CO
ROOM 608, 6TH FLOOR, NORTH TOWER
DAHENG TECHNOLOGY BUILDING
NO. 3 SUZHOUS STREET, HAIDIAN DISTRICT
BEIJING, BEIJING  CHINA

BEIJING CHUANGJIN XINGYE INVESTMENT CENT
6TH FLOOR, BLOCK B,
NO.4, EAST WANGJING ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  100102  CHINA

BEIJING DEHENG (HANGZHOU) LAW OFFICE
10/F HUAFENG INTERNATIONAL
200 XINYE ROAD
JINGGAN XINCHENG DISTRICT
HANGZHOU, ZHEJIA  310020  CHINA

BEIJING DONGFANG CHEYUN INFORMATION TECH
ROOM 1123, FLOOR 11
BUILDING 1, NO. 8-1
WEST FOURTH RING RD SOUTH, FENGTAI DIST
BEIJING, BEIJING  100000  CHINA

BEIJING FORTUNE TIES PROPERTIES CO LTD
ROOM 1102, FLOOR 10, BUILDING 3
105 YAOJIAYUAN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING  100000  CHINA

BEIJING FORTUNE TIMES PROPERTIES CO. LTD
SHOP E405-1, FLOOR 0401, BUILDING 3
13 COURTYARD NO, WORKERS SADIUM NORTH RD
CHAOYANG DISTRICT
BEIJING 100000

BEIJING HAIDIAN TECHNOLOGY FINANCIAL CAP
ROOM 1520 NO.66 RD.
NORTH FOURTH RING ROAD
HAIDIAN DISTRICT
BEIJING, BEIJING  100080  CHINA

BEIJING HONGCHENG XINTAI PROPERTIES LTD
1501, FLOOR 15, BUILDING 3
105 YAOJIAYUAN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING  100025  CHINA

BEIJING HUAXING MOBILE ASSET MANAGEMENT
9 FLOORS, BLOCK B, DERUN BUILDING,
BUILDING 1, NO. 3 YONGAN DONGLI JIA,
CHAOYANG DISTRICT
BEIJING, BEIJING  100022  CHINA

BEIJING JIAXIN TENGDA INFORMATION CONSUL
ROOM 1019,10TH FLOOR,BUILDING 1
NO. 166 FUSHI ROAD
SHIJINGSHAN DISTRICT
BEIJING, BEIJING  100043  CHINA

BEIJING SIWEI EQUITY INVESTMENT MGMT
ROOM 2608,PENGRUN BUILDING,
NO.26 XIAOYUN ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  100016  CHINA

BEIJING YINGDA CAPITAL MANAGEMENT CO.,LT
22 FLOORS
WEST TOWER OF GLOBAL FINANCIAL CENTER,
CHAOYANG DISTRICT
BEIJING, BEIJING  100020  CHINA

BOE TECHNOLOGY (HONG KONG) LTD.
8 XIHUAN ZHONG LU
YIZHUANG ECONOMIC AND TECHNOLOGICAL
DEVELOPMENT ZONE
BEIJING, BEIJING  102600  CHINA

CHANGJIANG SECURITIES ASSET MGT LTD.
27F,CENTURY LINK TOWER 1
NO.1198 CENTURY AVENUE,
PUDONG NEW DISTRICT
SHANGHAI  200122  CHINA

CHINA CITIC BANK CO., LTD. HEAD OFFICE
ROOM 1001,10TH FLOOR, BLOCK E,
GLOBAL TRADE CENTER,NO.36 NORTH THIRD RING ROAD, DONGCHENG DISTRIC
BEIJING, BEIJING  100013  CHINA

CHINA CONSUMER CAPITAL FUND II, L.P.
A303,BLOCK A,ZHONGLIANG PLAZA,
8 JIANGUOMEN NEIJIE STREET,
DONGCHENG DISTRICT
BEIJING, BEIJING  100005  CHINA

CHINA EVERGRANDE GROUP
PO BOX 309, UGLAND HOUSE
GRAND CAYMAN KY1-114 CAYMAN ISLANDS

CHINA MERCHANTS BANK CO., LTD. SHANGHAI
CHINA MERCHANTS BANK ROOM 1609
NO. 1717, NORTH SICHUAN ROAD,
HONGKOU DISTRICT,
SHANGHAI, SHANGHAI  200080  CHINA

CHINA MINSHENG TRUST CO., LTD.
18TH FLOOR, BLOCK C
MINSHENG FINANCIAL CENTER, 28
JIANGUOME INNER STREET, DONGHCENG DIST
BEIJING  100005  CHINA

CHINA SOFT GROWING INVEST WUXI PARTSHP.
ROOM 1612,YINGU BUILDING
NO.9,WEST NORTH FOURTH RING ROAD,
HAIDIAN DISTRICT
BEIJING, BEIJING  100190  CHINA

CHINA ZHESHANG BANK CO., LTD. BEIJING
ROOM 5701,BLOCK B,
CHINA WORLD TRADE CENTER TOWER III,
NO.1 JIANGUOMENWAI STREET,CHAOYANG DISTR
BEIJING, BEIJING  100020  CHINA

CHONGQING STRATEGIC EMERGING INDUSTRY LE
16,BLOCK B1,TUXING,
NO.92 XINGGUANG ROAD,
NEW NORTHERN DISTRICT
CHONGQING, CHONGQING  401121  CHINA

CHONGQING YINGFEI HENGXIN INVEST MGT
FFC 2812
NO. 1 FORTUNE AVENUE
YUBEI DISTRICT
CHONGQING, CHONGQING  401120  CHINA

DENTONS LLP
ATTN:  DANIEL G. MORRIS/WILLIAM OBRIEN
1900 K STREET NW
WASHINGTON, DC  20006

E-TOWN INTERNATIONAL HOLDING(HONG KONG)CO LTD
23-25 FLOORS, BLOCK A,YAICHENG WEALTH
22 RONGHUA ROAD, ECONOMIC AND TECHNOLOGICAL
DEVELOPMENT ZONE DAXING DISTRICT
BEIJING, BEIJING  100176  CHINA

EVERBRIGHT XINGLONG TRUST CO., LTD.
10F,
FINANCIAL STREET CENTER BUILDING,
NO.9 FINANCIAL STREET
BEIJING, BEIJING  100032  CHINA

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
PO BOX 2952
SACRAMENTO, CA  95812-2952

GUOTAI JUNAN SECURITIES CO., LTD
16F,NO.650,
HANKOU ROAD,
HUANGPU DISTRICT
SHANGHAI, SHANGHAI 200001  CHINA

HAIXIA BANK OF FUJIAN
358 JIANGBIN MIDDLE AVENUE
TAIJING DISTRICT
FUZHOU, FUJIAN  350009
CHINA

HANS SAN JOSE HOSPITALITY
3953 NORTH 1ST STREET
SAN JOSE, CA  95134

HANS SAN JOSE HOSPITALITY
420 MADISON AVENUE
SUITE 500
NEW YORK, NY  10017

HONG LIU
ROOM 2256, BUILDING 1, ZONE 2
86 BEIYUAN ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  100101  CHINA

HONGHU DA
NO.18
HAIAN ZHONGBA, SOUTH ROAD
NANTONG, JIANGSU
226699 CHINA

HUAFU SECURITIES CO., LTD.
18F,CHINA MERCHANTS BANK TOWER,
NO.1088 LUJIAZUI RING ROAD,
PUDONG NEW DISTRICT
SHANGHAI, SHANGHAI  200120  CHINA

HUARONG SECURITIES CO., LTD.
BEIJING BRANCH 3/F, BLOCK C,
NO.8 FINANCIAL STREET, XICHENG DISTRICT
BEIJING, BEIJING  100033
CHINA

HUAXIA LIFE INSURANCE CO. LTD.
NO. 2ZENNG1 SHUILAN ROAD
CENTRAL BUSINESS DISTRICT
BINHAI NEW DISTRICT
TIANJIN 300457 CHINA

HUAXIN INTERNATIONAL TRUST CO., LTD.
11TH FLOOR, TOWER B
CHINA HUADIAN BUILDING
NO. 2 XUANWUMEN NEI STREET, XICHENG
DIST
BEIJING, BEIJING  100031  CHINA

HUITIAN NETWORK TECHNOLOGY CO., LTD.
NO.19, JIUZHONG ROAD,
JIUGONG TOWN
DAXING DISTRICT
BEIJING, BEIJING  102600  CHINA

HUITIAN NETWORK TECHNOLOGY CO., LTD.
ROOM 209, NO. 1 XUXINZHUANG STREET
SOAGZHUANG TOWN
TONGZHOU DISTRICT
BEIJING 101119 CHINA

HUIZHOU SPEED & SECOND CURVE
CAPITAL MGT
HONGXITAI 8-1008,
SECOND STREET,SUN PALACE,
CHAOYANG DISTRICT
BEIJING, BEIJING  100028  CHINA

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JIANGSU HONGTU VENTURE CAPITAL
MANAGEMENT CO LTD
7TH FLOOR, BLOCK D, QIAOFU
FANGCAODI,NO. 9 DONGDAQIAO ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  100020  CHINA

JIANGYIN HAILAN INVESTMENT HOLDING
CO.,
HAILAN INVESTMENT,
HAILAN GARMENT INDUSTRY CITY, XINQIAO
TO
JIANGYIN, JIANGSU  214400
CHINA

JIAXING HAIWEN INVESTMENT
PARTNERSHIP (L
A10F,LIANGMAMINGJU
36 LIANGMAQIAO ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  00125  CHINA

JILIN JIUTAI RURAL COMMERCIAL BANK
NO. 2559 WEISHAN ROAD
GAOXIN DISTRICT
CHANGCHUN, JILIN  130015
CHINA

JINAN RUI SI LE ENTERPRISE MANAGEMENT
CO
BUILDING A3, BUILDING 18,
ZHONGRUN CENTURY PLAZA, 13777
JINGSHI RO
LIXIA DISTRICT
JINAN, SHANDONG  250000  CHINA

JINHUA ZUMO NETWORK TECHNOLOGY
CO., LTD.
4 FLOORS,BUILDING 20
HUIYIN MINGZUN,599 LANE,
YUNLING EAST ROAD, PUTUO DISTRICT
SHANGHAI, SHANGHAI  200062  CHINA

JUSTIN C. HSIANG
LAW OFFICE OF JUSTIN C. HSIANG
5 THIRD STREET
SUITE 1100
SAN FRANCISCO, CA  94103-3212

KANSAS DEPT OF REVENUE
120 SE 10TH AVE
TOPEKA, KS  66612

KANSAS DEPT OF REVENUE
ATTN:  BANKRUPTCY UNIT
CIVIL TAX ENFORCEMENT
P.O. BOX 12005
TOPEKA, KS  66601

KOBRE AND KIM LLP
ATTN:  CALVIN K KOO
ICBC TOWER 6TH FLOOR
3 GARDEN ROAD
CENTRAL HONG KONG  CHINA

KOBRE AND KIM LLP
ATTN:  CHRISTOPHER COGBURN
800 THIRD AVENUE
NEW YORK, NY  10022

KOBRE AND KIM LLP
ATTN:  DANIEL ZAHHER/MICHAEL K. NG
150 CALIFORNIA ST
19TH FLOOR
SAN FRANCISCO, CA  94111

KOBRE AND KIM LLP
ATTN:  JOHN HAN
ICB TOWER 6TH FLOOR
3 GARDEN ROAD
CENTRAL  HONG KONG  CHINA

LA COUNTY TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA  90054

LATHAM & WATKINS LLP
10250 CONSTELLATION BOULEVARD,
SUITE 1100
LOS ANGELES, CA  90067

| | | |
|---|---|---|
| LE HOLDINGS (BEIJING) CO. LTD<br>ROOM 1102, FLOOR 10, BLDG. 3<br>105 YAOJIAYUAN ROAD<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100025  CHINA | LEAN YINGYUN (TIANJIN) CULTURE<br>COMMUNICATION LIMITED PARTNERSHIP<br>ROOM 204-366, CHUANGZHI BUILDING<br>NO. 482, ANIMATION MIDDLE ROAD<br>TIANJIN, TIANJIN  300000  CHINA | LE RUOYINGTIAN (TIANJIN)<br>CULTURE COMMUNICATION LTD<br>PARTNERSHIP<br>ROOM 204-367 CHUANGZHI BUILDING<br>NO. 482, ANIMATION MIDDLE ROAD<br>TIANJIN, TIANJIN  300000  CHINA |
| LESAI MOBILE (BEIJING) CO LTD<br>1001, FLOOR 9, BUILDING 3<br>105 YAOJIAYUN ROAD<br>CHAOYANG DISTRICT<br>BEIJING 100025 CHINA | LESAI MOBILE HK LIMITED<br>UNIT 06, 3/F BONHAM TRADE CENTER<br>50 BONHAM STRAND<br>SHEUNG WAN 999077 HONG KONG | LESHI INTERNET INFORMATION &<br>TECHNOLOGY<br>CORP., BEIJING CHINA<br>BUILDING 3, 105 YAOJIAYUAN RAOD<br>CHAOYANG DISTRICT<br>BEIJING 100025 CHINA |
| LESHI MOBILE INTELLIGENT INFO<br>TECHNOLOGY<br>NO. 1,  LINKONG 2ND ROAD,<br>NORTH WENHUAYING VILLAGE<br>GAOLIYING TOWN, SHUNYI DISTRICT<br>BEIJING, BEIJNG  101399  CHINA | LESHI ZHIXIN ELECTRONIC TECHNOLOGY<br>(TIANJIN) CO., LTD.<br>201-427, 2ND FLOOR, B1 DISTRICT<br>ANIMATION BLD, NO. 126<br>ANIME MEIDDLE ROA, TIAJIN ECO-CITY<br>CHINA | LETV FILM (BEIJING) CO., LTD.<br>ROOM 1002, BUILDING A,<br>NO.9 EAST FENGXIANG STREET,<br>YANGSONG TOWN, HUAIROU DISTRICT<br>BEIJING, BEIJING  101499  CHINA |
| LETV SPORTS CULTURE INDUSTRY<br>DEVELOPMENT<br>1102, FLOOR 10, BUILDING 3<br>105 YAOJIAYUAN RD<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100025  CHINA | LEVIEW MOBILE HK LIMITED<br>NO. 1,  LINKONG 2ND ROAD,<br>NORTH WENHUAYING VILLAGE<br>GAOLIYING TOWN, SHUNYI DISTRICT<br>BEIJING, BEIJING  101399  CHINA | LEWIS & LLEWELLYN LLP<br>505 MONTGOMERY STREET,<br>SUITE 1300<br>SAN FRANCISCO, CA  94111 |
| LEZHENG RONGTONG (TIANJIN) CULTURE<br>COMMUNICATION LP<br>ROOM 204-367, CHUANGZHI BUILDING<br>NO. 482, ANIMATION MIDDLE ROAD<br>TIANJIN, TIANJIN  300000  CHINA | LIJIE YANG<br>4-11B<br>CHAOYANG PARK<>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100005  CHINA | LIN TOU |
| LINFEN INVESTMENT GROUP CO. LTD<br>CITY INVESTMENT BUILDING<br>WEST FENHE ROAD<br>LINFEN ECONOMIC/TECHNOLOGICAL DEV<br>ZONE<br>SHANXI, LINFEN  041000  CHINA | MACROLINK GROUP HOLDINGS CO., LTD.<br>10TH FLOOR MACROLINK GROUP HQ BLDG<br>TAIHUN TOWN, GOVERNMENT STREET<br>TONGZHOU DISTRICT<br>BEIJING 101116 CHINA | MACROLINK GROUP HOLDINGS CO., LTD.<br>17F,XINHUALIAN BUILDING,<br>NO.18,DAJIAJIAYUAN,DONGSIHUAN<br>MIDDLE ROAD, CHAOYANG DISTRICT<br>BEIJING, BEIJING  100025  CHINA |
| MARVEL BEST TECHNOLOGY LIMITED<br>MINHUA INDUSTRIAL<br>CITY OFFICE BUILDING<br>LONGSHAN ROAD, DAYA BAY<br>NEW TERRITORIES, HONG KONG 999077 | MARVEL BEST TECHNOLOGY LIMITED<br>SHA TIN<br>KWEI TEI STREET<br>FO TAN 10-14<br>NEW TERRITORIES, HONGKONG  999077<br>CHINA | MENGWU<br>NO. 36, 36 SHUNWANG STREE, XINCHENG<br>TOWN<br>HENGQU COUNTY<br>YUNGCHENG<br>SHANXI 043700 CHINA |
| NANJING DEJIN INVESTMENT MANAGEMENT<br>CO.<br>23 FLR OF ATTACHED BUILDING ZIFENG<br>BANK<br>ZHONGSHAN NORTH ROAD, GULOU<br>DISTRICT<br>NANJING, JIANGSU  210000<br>CHINA | NANJING KAEN INDUSTRY AND TRADE CO.,<br>LTD<br>NO.11<br>YONGLE ROAD, QINHUAI DISTRICT<br>NANJING, JIANGSU  210022<br>CHINA | NELSON WILSON GOODELL<br>THE GOODELL LAW FIRM<br>5 THIRD STREET<br>SUITE 1100<br>SAN FRANCISCO, CA  94103-3212 |
| NINGBO HANGZHOU BAY NEW AREA LERAN<br>INVES<br>105 YAOJIAYUAN ROAD,<br>LERONG BUILDING,<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100123  CHINA | OCEAN VIEW DRIVE INC.<br>7 MARGUERITE DRIVE<br>RANCHO PALOS VERDES, CA  90275 | O-FILM GLOBAL (HK) TRADING LIMITED &<br>NANCHANG O-FILM PHOTOELECTRIC TECH<br>CO<br>13TH FLOOR, CHINA MERCHANTS PLAZA<br>NO. 1008 WANGHAI ROAD, NANSHAN<br>DISTRICT<br>SHENZHEN, GUANGDON  518000  CHINA |
| ORIENT SECURITIES CO., LTD.<br>7TH FLOOR, ORIENT SECURITIES BUILDING,<br>118 WAIMA ROAD, HUANGPU DISTRICT<br>SECURITIES FINANCE BUSINESS<br>HEADQUARTERS<br>SHANGHAI, SHANGHAI 200010  CHINA | ORIENTAL LIGHT CONSULTING LIMITED<br>ROOM 1102, BLOCK C,BUILDING 7<br>NO.1872,BALIZHUANG BEILI PARK<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING CHINA  100028  CHINA | PACIFIC TECHNOLOGY HOLDING LLC<br>30037 AVENIDA ESPLENDIDA<br>RANCHO PALOS VERDES, CA  90275 |

PAUL DAVID MURPHY
MURPHY ROSEN LLP
100 WILSHIRE BLVD.
SUITE 1300
SANTA MONICA, CA 90401-1191

PENG SHI
ROOM 1701, UNIT 1, FLOOR 7
JINTI INTERNATIONAL GARDEN
91 JIANGUO ROAD, CHAOYANG DISTRICT
BEIJING, BEIJING 10020 CHINA

PING AN BANK CO. LTD. - SHENZHEN BRANCH
THIRD FLOOR, NANTOU SUB-BRANCH
PING AN BANK, DEVELOPMENT BUILDING
NO. 171 TAOYUAN ROAD, NANSHAN
SHENZHEN, GANGDONG CHINA

PING AN BANK CO., LTD. BEIJING BRANCH
ROOM 1105,BUILDING A,
ORIENTAL MEDIA CENTER NO.4 GUANGHUA ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100026 CHINA

PING AN SECURITIES CO., LTD
ROOM 1105, BUILDING A
ORIENTAL MEDIA CENTER
NO.4 GUANGHUA ROAD CHAOYANG DISTRICT
BEIJING, BEIJING 100026 CHINA

PING AN SECURITIES CO., LTD.
63F, PING AN FINANCIAL CENTER,
5033 YITIAN ROAD,
FUTIAN DISTRICT
SHENZHEN, GANGDONG 518017 CHINA

QC INVESTMENT LTD.
27 FLOOR,JIAJIE INTERNATIONAL PLAZA,
NO.1717 NORTH SICHUAN ROAD,
HONGKOU DISTRICT
SHANGHAI, SHANGHAI 200085 CHINA

QINGDAO HUANGHAI PHARMACEUTICAL FOOTBALL
GUOXIN STADIUM,
NO.3 YINCHUAN EAST ROAD, LAOSHAN DISTRICT
QINGDAO, SHANDONG 266035 CHINA

QUANZHOU DINGS INVESTMENT MANAGEMENT CO
8 FLOORS,361 BLDG, 157 & 159 DUNLING RD
HULI HIGH-TECH PARK,HULI DISTRICT
XIAMEN, FUJIAN 361015 CHINA

SANPOWER (HONG KONG) COMPANY LIMITED
SANPOWER GROUP
NO. 68 SOFTWARE AVENUE, YUHUATAI DISTRIC
NANJING, JIANGSU 210012 CHINA

SANYA SHUGUANG REAL ESTATE DEV CO LTD
2ND FLOOR, BUILDING 2
JIABAO GARDEN, 98 FENGHUANG ROAD
SANYA
HAINAN 572005 CHINA

SHANGHAI BIAOPU INVESTMENT MANAGEMENT CO
ROOM 1107
NO.58 CHANGLIU ROAD,
PUDONG NEW DISTRICT
SHANGHAI, SHANGHAI 200135 CHINA

SHANGHAI CHUNHUA JINGLI INVESTMENT CENTER
48TH FLOOR, TOWER A
INTERNATIONAL TRADE BUILDING
NO. 1 JIANGUOMENWAI STREET
BEIJING, BEIJING 100020 CHINA

SHANGHAI HAIYUE INVESTMENT MANAGEMENT CO
19 FLOOR 1901,BLOCK C,
CAIZHI BUILDING,18 ZHONGGUANCUN EAST ROA
HAIDIAN DISTRICT
BEIJING, BEIJING 100190 CHINA

SHANGHAI JUNYING ASSET MGT PARTNERS
ROOM 905,LIANGYOU BUILDING,
NO.618,SHANGCHENG ROAD,
PUDONG NEW AREA
SHANGHAI, SHANGHAI 200120 CHINA

SHANGHAI LAN CAI ASSET MANAGEMENT CO., L
NO.329,BLOCK B,NO.28,
XINJIEKOUWAI STREET,
XICHENG DISTRICT
BEIJING 100088 CHINA

SHANGHAI LAN CAI ASSET MANAGEMENT
12 FLOORS BLOCK AB
WANTONG CENTER
NO. 6, CHAOWAI STREET
BEIJING, BEIJING 100005 CHINA

SHANGHAI LEYU CHUANGYE INVESTMENT MANAGE
2301B URBAN HEADQUARTERS BUILDING,
168 TIBET MIDDLE ROAD,
HUANGPU DISTRICT
SHANGHAI, SHANGHAI 200001 CHINA

SHANGHAI LEYU INVESTMENT CENTER (LP)
29F,NO.6,LANE 2,
WEIFANG WEST ROAD,
PUDONG NEW DISTRICT
SHANGHAI, SHANGHAI 200122 CHINA

SHANGHAI QICHENGYUEMING INVT PARTNERSHIP
DENTONS US LLP
ATTN: JAE K. PARK
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CA 90017

SHENZHEN JINCHENG COMMER. FACTORING CO.
12 FLOORS, BLOCK AB
WANTONG CENTER
NO. 6, SHAOWAI STREET, CHAOYANG DISTRICT
CHAOYAN DISTRICT, BEIJING 100005 CHINA

SHENZHEN JINCHENG COMMERC. FACTORING CO
ROOM 201,BUILDING A, NO.1 QIANWAN 1ST RO
QIANHAI SHENZHEN-HONG KONG COOPERATION Z
SHENZHEN, GUANGDONG 518054 CHINA

SHENZHEN LESHI XINGENVERTICAL INTEGRATIO
S125,1ST FLOOR,
YANSHA CENTER OFFICE BUILDING,
50 LIANGMAQIAO ROAD, CHAOYANG DISTRICT
BEIJING, BEIJING 100125 CHINA

SHENZHEN LETV XINGEN M&A FUND INVEST MGT
S125, YANSHA CENTER OFFICE BUILDING
NO. 50 LIANGMAQIO ROAD
CHAOYANG DISTRICT
BEIJIING 100000 CHINA

SHENZHEN LETV XINGEN NO.1 INVEST MGT
S125, YANSHA CENTER OFFICE BUILDING
NO. 50 LIANGMAQIO ROAD
CHAOYANG DISTRICT
BEIJIING 100000 CHINA

SHENZHEN QIANHAI ANXING ASSET MANAGEMENT CO
ROOM 201, BUILDING A, NO. 1 QIANWAN FIRST ROAD, QIANHAI
SHENZHEN-HONG KONG COOPERATION ZONE

SHENZHEN WINZHONGTONG NON-FINANCING GUAR
7F GUORUN COMMERCIAL PLAZA B
NO.46 SOUTH ROAD OF WEST 4TH RING,
FENGTAI DISTRICT
BEIJING, BEIJING 100858 CHINA

SHENZHEN YINGDA CAPITAL MANAGEMENT CO.,
22ND FLOOR, WEST TOWER,
WORLD FINANCIAL CENTER,
CHAOYANG DISTRICT
BEIJING, BEIJING 100020 CHINA

SICHUAN XUNLING TECHNOLOGY CO. LTD.
NO. 138, JIALING JIANGXI ROAD
DEYANG
SICHUAN 618000 CHINA

SMART KING LTD.
18455 S FIGUEROA STREET
GARDENA, CA 90248

| | | |
|---|---|---|
| SMART TECHNOLOGY HOLDINGS LTD | SUNFLOWER ASSET MANAGEMENT (JIAXING) CO. LTD.<br>ROOM 402, NO. 2176 FANGGONG ROAD<br>NANHU DISTRICT, JIAXING<br>ZEHJIANG PROVINCE CHINA | SWT TALENT INVESTMENTS LIMITED<br>17 FLOORS,BLOCK B,RONGKE INFORMATION CEN<br>NO.2 SOUTH ROAD,ACADEMY OF SCIENCES<br>HAIDIAN DISTRICT<br>BEIJING, BEIJING  100080  CHINA |
| THE GOODELL LAW FIRM<br>5 THIRD STREET<br>SUITE 1100<br>SAN FRANCISCO, CA  94103 | TIANJIN NORD INVESTMENT CO., LTD.<br>9TH FLOOR, BLOCK B,<br>FENGMING INTERNATIONAL BUILDING,<br>XICHENG DISTRICT<br>BEIJING, BEIJING  100034  CHINA | TWC GROUP CO., LTD.<br>12 FLOORS,BLOCK AB<br>WANTONG CENTER<br>NO 6, CHAOWAI STREET<br>CHAOYANG DISTRICT, BEIJING  100005  CHINA |
| WALKER STEVENS CANNOM LLP<br>ATTN:  AMANDA WALKER/BETHANY STEVENS<br>500 MOLIN ST.<br>SUITE 118<br>LOS ANGELES, CA  90013 | WARM TIME INC.<br>30037 AVENIDA ESPLENDIDA<br>RANCHO PALOS VERDES, CA  90275 | WEI GAN<br>BUILDING 21, NO. 162, DATIANKAN STREET<br>JINJIAN DISTRICT, CHENGDU<br>SICHUAN<br>610065  CHINA |
| WEI GAN<br>NO. 1 20TH FLOOR<br>BUILDING 21, NO. 162, DATIANKAN STREET<br>JINJIAN DISTRICT, CHENGDU<br>SICHUAN  610065  CHINA | WEIDONG ZHU<br>ROOM 1005<br>450 CAOYANG ROAD,<br>PUTUO DISTRICT<br>SHANGHAI, SHANGHAI  200063  CHINA | WEIHUA QIU<br>ROOM 1001,10 FLOORS,BLOCK 1,<br>INDIGO NO.20 JIUXIANQIAO ROAD<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100016  CHINA |
| WELLS FARGO BANK<br>1404 SARTORI AVE<br>TORRANCE, CA  90501 | WESTERN SECURITIES CO., LTD<br>ROOM 10000 BUILDING 8,<br>NO.319,DONGXIN STREET<br>XINCHENG DISTRICT<br>XIAN, SHANXI  710004  CHINA | WESTERN SECURITIES CO., LTD<br>ROOM 10000 BUILDING 8,<br>NO.319,DONGXIN STREET<br>XINCHENG DISTRICT<br>XIAN, SHANXI  710004, CHINA |
| WUHAN CREDIT LOAN CO., LTD.<br>10TH FLOOR, WEIYE BUILDING,<br>XINHUA ROAD,<br>JIANGHAN DISTRICT<br>WUHAN, HUBEI  430022  CHINA | WUXI LEYIKE ELECTRIC VEHICLE INVESTMENT<br>D1605 TALENT APARTMENT,<br>NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT<br>NANJING, JIANGSU  211500<br>CHINA | WUXI PULEYONGHUI INVESTMENT ENTERPRISE<br>D1605 TALENT APARTMENT,<br>NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT<br>NANJING, JIANGSU  211500<br>CHINA |
| XIAMEN OCTOPUS INT. NETWORK TECH<br>ROOM 2005<br>303 HOUKENG HOUSHE, HULI DISTRICT<br>XIAMEN, FUJIAN  361015<br>CHINA | XIAMEN ZEJIN FANGFU INVESTMENT PARTNERSH<br>ROOM 312,BUILDING 4, LONGSHAN WENCHUANG<br>PARK,NO.84 LONGSHAN SOUTH RD, SIMING DIS<br>XIAMEN, FUJIAN  361009<br>CHINA | XINYU DINGFENG YINGTONG INVESTMENT MANAG<br>NO.9,CHAZI HUTONG,<br>EAST DIANMEN STREET,<br>DONGCHENG DISTRICT<br>BEIJING, BEIJING  100005  CHINA |
| XIZANG JINMEIHUA INVESTMENT CO., LTD.<br>NO.462 MANAGEMENT COMMITTEE<br>OF YANGDA INDUSTRIAL PARK,<br>DUILONG DEQING DISTRICT<br>LHASA, TIBET  851400 | YONGQIANG YANG<br>301 UNIT 3, BUILDING 5<br>YANGGUANG SHANGDONG<br>DONGSIHUAN NORTH ROAD, CHAOYANG DISTRICT<br>BEIJING, BEIJING  100005  CHINA | YONGQIANG YANG<br>FLOOR 16, BUILDING 3<br>105 YAOJIAYUAN ROAD<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100025  CHINA |
| YUANXIN XU<br>ROOM 601, NO.105 BUILDING,<br>WEST LIZE GARDEN DISTRICT,<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100102  CHINA | YUEFANG JIA<br>ROOM 302, BUILDING 5<br>YI NO. 36 DONGZHIMENWAI STREET<br>DONGCHENG DISTRICT<br>BEIJING, BEIJING  100000  CHINA | YUEMIN JIA<br>ROOM 501,UNIT 3,BUILDING 1<br>NO,21 STUI TA STREET,<br>YAODU DISTRICT, LINFEN<br>SHANXI  41099  CHINA |
| YUENIM JIA<br>105 YAOJIAYUAN ROAD<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100025<br>CHINA | ZHEJIANG ZHONGTAI CHUANGZHAN ENTERPRISE<br>29TH FLOOR, BLOCK T1,<br>WANGJING POLY INTERNATIONAL PLAZA,<br>CHAOYANG DISTRICT<br>BEIJING, BEIJING  100102  CHINA | ZHIJIAN DONG<br>1102, ANAYA CITY MANSION<br>BEIWA ROAD<br>HAIDIAN DISTRICT<br>BEIJING, BEIJING  100048  CHINA |

| | | |
|---|---|---|
| ZHONGTAI VENTURE CAPITAL (SHENZHEN) CO.<br>5 FLOORS, PACIFIC INSURANCE BUILDING<br>28 FENGSHENG HUTONG,<br>TAIPING BRIDGE STREET, XICHENG DISTRICT<br>BEIJING, BEIJING  100034  CHINA | ZHONGYING (TIANJIN) SUPPLY CHAIN MGMT<br>41 FLOORS<br>GLOBAL FINANCIAL CENTER<br>HEPING DISTRICT<br>TIANJIN, TIANJIN  300020  CHINA | ZHUHAI RONGLE EQUITY INVESTMENT LP<br>C603 GLOBAL FINANCIAL CENTER, NO. 1<br>XUANWUMEN WAI STREET<br>BEIJING, BEIJING  10000<br>CHINA |

China Evergrande Group
35/F, Excellent Houhai Financial Center
No. 1126 Hyde Road, Nanshan District
Shenzhen, China, 51805


Jianjun Peng
35/F, Excellent Houhai Financial Center
No. 1126 Hyde Road, Nanshan District
Shenzhen, China, 51805

Case 19-12220    Doc 1-1    Filed 10/14/19    Page 6 of 6