Exhibit A



* All ownership interests are 100% unless otherwise indicated.