# Notice Recipients

District/Off: 0311−1     User: JasonSp     Date Created: 10/17/2019
Case: 19−12220−KBO     Form ID: 309E     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| 14202558 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 14202557 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |

TOTAL: 2