# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Yueting Jia,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-12220 (KBO) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Shanghai Lan Cai Asset Management Co, Ltd., pursuant to 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the counsel identified below at the following addresses and further requests to be added to the Master Service List:

| | |
|---|---|
| Daniel J. Saval<br>John Han<br>Dong Ni (Donna) Xu<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 488-1200<br>Email: Daniel.Saval@kobrekim.com<br>       John.Han@kobrekim.com<br>       Donna.Xu@kobrekim.com | Frederick B. Rosner<br>Zhao (Ruby) Liu<br>THE ROSNER LAW GROUP LLC<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br>      liu@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Shanghai Lan Cai Asset Management Co, Ltd.'s (a) rights to (i) have final orders in non-core matters entered only after *de*

{00026694. }

*novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Shanghai Lan Cai Asset Management Co, Ltd. is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Shanghai Lan Cai Asset Management Co. Ltd. expressly reserves.

Dated: October 17, 2019
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com

-and-

**KOBRE & KIM LLP**

Daniel J. Saval
John Han
Dong Ni (Donna) Xu
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Email: Daniel.Saval@kobrekim.com
       John.Han@kobrekim.com
       Donna.Xu@kobrekim.com

*Counsel to Shanghai Lan Cai Asset Management Co, Ltd.*