IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No.: 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | |

**INTERPRETER-TRANSLATOR DECLARATION OF SHAN HE RE:**
**SCHEDULES OF ASSETS AND LIABILITIES AND**
**STATEMENT OF FINANCIAL AFFAIRS**

I, Shan He, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a Chinese translator, simultaneous interpreter and localization project manager employed since April 2017 by (a) Yueting Jia, the debtor and debtor in possession (the "Debtor"), that has filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing the above-captioned bankruptcy case (the "Chapter 11 Case"), and (b) Faraday Future ("Faraday"), an entity in which the Debtor holds an indirect interest.

2. I am a native speaker of Chinese (Mandarin) and maintain full professional fluency in English. I hold a Bachelor of Science degree in English from Beijing Language and Culture University and a Master of Arts in Translation and Interpretation (Chinese – English) degree from the Monterey Institute of International Studies ("MIIS"). I am certified in Simultaneous and Consecutive Interpretation between English and Chinese by MIIS. I currently provide translation services for the Debtor and his General Counsel. Prior to my work with the Debtor and Faraday, I have provided interpretation and translation services for a variety

---
[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275

of organizations, including the United Nations Institute for Training & Research (UNITAR), Syntes Language Group, and the Austrian Embassy.

3. I submit this declaration regarding the *Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "<u>Schedules and SoFAs</u>").

4. The Debtor is not fluent in English. Accordingly, in the ordinary course of his business and personal affairs that require him to communicate in English either orally or in writing, he employs interpreters/translators, including me, who are fluent in both English and Chinese.

5. I have reviewed with the Debtor, and translated into Chinese for him by spoken word, the Schedules and SoFAs. To the best of my knowledge, my translation accurately reflects the contents and meaning of the English original documents. The Debtor has acknowledged his understanding of both my translation and the subject matter of the Schedules and SoFAs.

[*Remainder of page intentionally blank*]

I declare under penalty of perjury under the United States of America that the foregoing is true and correct.

Executed this 16 day of October 2019 at Gardena, California.

_____
Shan He