IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No. 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | |

**INTERPRETER-TRANSLATOR DECLARATION OF SHAN HE RE: OMNIBUS DECLARATION OF YUETING JIA IN SUPPORT OF (A) DEBTOR'S APPLICATION PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE; (B) DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR FOR THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE; AND (C) APPLICATION OF DEBTOR FOR ENTRY OF ORDER APPOINTING EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING AGENT EFFECTIVE AS OF PETITION DATE**

I, Shan He, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a Chinese translator, simultaneous interpreter and localization project manager employed since April 2017 by (a) Yueting Jia, the debtor and debtor in possession (the "Debtor"), that has filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing the above-captioned bankruptcy case (the "Chapter 11 Case"), and (b) Faraday Future ("Faraday"), an entity in which the Debtor holds an indirect interest.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

2. I am a native speaker of Chinese (Mandarin) and maintain full professional fluency in English. I hold a Bachelor of Science degree in English from Beijing Language and Culture University and a Master of Arts in Translation and Interpretation (Chinese – English) degree from the Monterey Institute of International Studies ("MIIS"). I am certified in Simultaneous and Consecutive Interpretation between English and Chinese by MIIS. I currently provide translation services for the Debtor and his General Counsel. Prior to my work with the Debtor and Faraday, I have provided interpretation and translation services for a variety of organizations, including the United Nations Institute for Training & Research (UNITAR), Syntes Language Group, and the Austrian Embassy.

3. I submit this declaration regarding the *Omnibus Declaration of Yueting Jia in Support of (A) Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date*; (B) *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor for the Debtor, Nunc Pro Tunc to the Petition Date;* and (C) *Application of Debtor for Entry of Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date* (the "Omnibus Declaration") and, the retention applications referenced therein (the "Applications").

4. The Debtor is not fluent in English. Accordingly, in the ordinary course of his business and personal affairs that require him to communicate in English either orally or in writing, he employs interpreters/translators, including me, who are fluent in both English and Chinese.

5. I have reviewed with the Debtor, and translated into Chinese for him by spoken word, the Omnibus Declaration and the Applications discussed therein. To the best of my knowledge, my translation accurately reflects the contents and meaning of the English original documents. The Debtor has acknowledged his understanding of both my translation and the subject matter of each respective document.

[*Remainder of page intentionally blank*]

I declare under penalty of perjury under the United States of America that the foregoing is true and correct.

Executed this ___ day of October 2019 at  Gardena , California.

_____
Shan He