# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: James O'Neill*
*Pachulski Stang Ziehl & Jones LLP*
*919 North Market Street, 17th Floor*
*Wilmington, DE 19801*

**RE:** *19–12220 Yueting Jia*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **December 6, 2019** at **10:00 a.m.**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 11/15/19 and file the Notice and Certificate of Service with the Court no later than 11/22/19.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 10/18/19

*Una O'Boyle signature*

Una O'Boyle, *Clerk of Court*

(VAN−472)