**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yueting Jia,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-12220 (KBO) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership), pursuant to 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the counsel identified below at the following addresses and further requests to be added to the Master Service List:

| | |
|---|---|
| John A. Moe, II, Esq.<br>Jinshu "John" Zhang, Esq.<br>DENTONS US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel: (213) 623-9300<br>Email: john.moe@dentons.com<br>        john.zhang@dentons.com | Frederick B. Rosner, Esq.<br>Zhao (Ruby) Liu, Esq.<br>THE ROSNER LAW GROUP LLC<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br>        liu@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Shanghai Qichengyueming

{00026708. }

Investment Partnership Enterprise (Limited Partnership)'s (a) rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) expressly reserves.

| | |
|---|---|
| Dated: October 23, 2019<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Zhao Liu*<br>Frederick B. Rosner (DE 3995)<br>Zhao (Ruby) Liu (DE 6436)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br><br>-and-<br><br>**DENTONS US LLP**<br><br>John A. Moe, II, Esq.<br>Jinshu "John" Zhang, Esq.<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel: (213) 623-9300<br>Email: john.moe@dentons.com<br>         john.zhang@dentons.com<br><br>*Counsel to Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)* |