# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YUETING JIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-12220 (KBO) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeffrey D. Prol, Esq., to represent the Official Committee of Unsecured Creditors of Yueting Jia, in the above-captioned case.

Dated: October 28, 2019
       Wilmington, Delaware

                                  */s/ L. Katherine Good*
                                  L. Katherine Good (No. 5101)
                                  POTTER ANDERSON & CORROON LLP
                                  1313 N. Market Street, 6th Floor
                                  Wilmington, Delaware 19801-3700
                                  Telephone:   (302) 984-6000
                                  Facsimile:    (302) 658-1192
                                  Email:        kgood@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

IMPAC 6455508v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Jeffrey D. Prol*
Jeffrey D. Prol, Esq.
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
Email: jprol@lowenstein.com