**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YUETING JIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-12220 (KBO) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Andrew D. Behlmann, Esq., to represent the Official Committee of Unsecured Creditors of Yueting Jia, in the above-captioned case.

Dated: October 28, 2019
      Wilmington, Delaware

                      */s/ Aaron H. Stulman*
                      Aaron H. Stulman (No. 5807)
                      POTTER ANDERSON & CORROON LLP
                      1313 N. Market Street, 6th Floor
                      Wilmington, Delaware 19801-3700
                      Telephone:  (302) 984-6000
                      Facsimile:  (302) 658-1192
                      Email:  astulman@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Andrew D. Behlmann*
Andrew D. Behlmann, Esq.
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:   (973) 597-2400
Email:         abehlmann@lowenstein.com