# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YUETING JIA, | Case No. 19-12220 (KBO) |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeremy D. Merkin, Esq., to represent the Official Committee of Unsecured Creditors of Yueting Jia, in the above-captioned case.

Dated: October 28, 2019
      Wilmington, Delaware

                              */s/ Aaron H. Stulman*
                              Aaron H. Stulman (No. 5807)
                              POTTER ANDERSON & CORROON LLP
                              1313 N. Market Street, 6th Floor
                              Wilmington, Delaware 19801-3700
                              Telephone:    (302) 984-6000
                              Facsimile:    (302) 658-1192
                              Email:    astulman@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

IMPAC 6455551v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                */s/ Jeremy D. Merkin*
                Jeremy D. Merkin, Esq.
                LOWENSTEIN SANDLER LLP
                One Lowenstein Drive
                Roseland, New Jersey 07068
                Telephone:  (973) 597-2500
                Facsimile:  (973) 597-2400
                Email:  jmerkin@lowenstein.com