**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No.: 19-12220 (KBO)<br>)<br>) **Ref Docket Nos. 46-50** |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST HOUKU, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2019, I caused to be served the:

   a. "Declaration of James E. O'Neill in Support of Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date," dated October 25, 2019 [Docket No. 46],

   b. "Declaration of Yueting Jia in Support of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date," dated October 25, 2019 [Docket No. 47],

   c. "Notice of Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date," dated October 25, 2019 [Docket No. 48],

   d. "Notice of Application of Debtor for Entry of Order Appointing EPIQ Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date," dated October 25, 2019 [Docket No. 49], and

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

    e. "Notice of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of EPIQ Corporate Restructuring, LLC as Administrative Advisor for the Debtor Nunc Pro Tunc to the Petition Date," dated October 25, 2019 [Docket No. 50],

by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Houku*
Forrest Houku

Sworn to before me this
28th day of October, 2019
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHANGJIANG SECURITIES (SHANGHAI) ASSET MGT LTD | ATTN YANFANG HU CHANGJIANG ASSET MGMT 27F CENTURY LINK TOWER 1 NO 1198 CENTURY AVE PUDONG NEW DISTRICT SHANGHAI 200122 CHINA |
| CHINA CITIC BANK CO LTD | HEAD OFFICE SALES DEP, ATTN BO ZHANGG RM 1001, 10TH FL, BLOCK E GLOBAL TRADE CENTER, NO 36 NORTH THIRD RING RD, DONGCHENG DISTRICT BEIJING 100013 CHINA |
| CHINA MERCHANTS BANK CO LTD | ATTN YOUJIA WANG SHANGHAI CHUANBEI BRANCH RM 1609 NO 1717 NORTH SICHUAN RD HONGKOU DISTRICT SHANGHAI 200080 CHINA |
| CHINA MINSHENG TRUST CO LTD | ATTN HAO YAN 18TH FL BLOCK C MINSHENG FINANCIAL CENTER NO 28 JIANGUOMEN INNER ST, DONGCHENG DIST BEIJING 100005 CHINA |
| CHONGQING STRATEGIC EMERGING INDLEECO CLOUD | SPECIAL EQUITY INVESTMENT FUND PARNTERSHIP ATTN JIAWANG HE 16 BLOCK B1 TUXING NO 92 XINGGUANG AVE NEW NORTHERN DIST CHONGQING 401121 CHINA |
| DENTONS US LLP | COUNSEL TO COUNSEL TO SHANGHAI QICHENGYUEMING ATTN: JOHN A. MOE, II, ESQ,JINSHU "JOHN"ZHANG,ESQ 601 S. FIGUEROA STREET, SUITE 2500 LOS ANGELES CA 90017-5704 |
| E-TOWN INTERNATIONAL HOLDING (HONG KONG) CO LTD | ATTN WEI YUAN 23-25 FLOORS BLOCK A YAICHENG WEALTH CENTER 22 RONGHUA RD ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE DAXING DISTRICT BEIJING 100176 CHINA |
| EVERBRIGHT XINGLONG TRUST CO LTD | ATTN YUANYUAN CHEN 10F FINANCIAL ST CENTER BLDG NO 9 FINANCIAL STREET BEIJING 100032 CHINA |
| EVERBRIGHT XINGLONG TRUST CO LTD | C/O JILIN JIUTAI RURAL COMMERCIAL BANK ATTN ZHUO ZHAN NO 2559 WIESHAN RD GAOZIN DIST CHANGCHUN JILIN 130015 CHINA |
| HAUFU SECURITIES CO LTD | ATTN SICHEN CHEN 18F CHINA MERCHANTS BANK TOWER NO 1088 LUJIAZUI RING RD PODONG NEW DISTRICT SHANGHAI 200120 CHINA |
| HUARONG SECURITIES CO LTD | ATTN HUI KE BEIJING BRANCH 3/F BLOCK C NO 8 FINANCIAL ST XICHENG DISTRICT BEIJING 100033 CHINA |
| HUARONG SECURITIES CO LTD | BEIJING DEHENG (HANGZHOU) LAW OFFICE ATTN JIANING HUANG 10/F HUAFENG INTL 200 XINYE RD JIANGGAN DISTRICT HANGZHOU ZHEJIANG 310020 CHINA |
| HUAXIN INTERNATIONAL TRUST CO LTD | ATTN FENG ZIFENG 11TH FL TOWER B CHINA HUADIAN BLDG NO 2 XUANWUMEN NEI ST XICHENG DISTRICT BEIJING 100031 CHINA |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JIANGYIN HAILAN INVESTMENT HOLDING CO LTD | ATTN YONG TANG XINQIAO TOWN HAILAN INVESTMENT HAILAN GARMENT INDUSTRY CITY JIANGYIN JIANGSU 214400 CHINA |
| LINFEN INVESTMENT GROUP CO LTD | ATTN XUESONG WANG CITY INVESTMENT BUILDING WEST FENHE RD LINFEN ECONOMIC TECHNOLOGICAL DEVELOPMENT ZONE LINFEN SHANXI 041000 CHINA |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DAVID BUCHBINDER J CALEB BOGGS FEDERAL BLDG 844 KING ST, STE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| PING AN BANK CO LTD | ATTN YAO ZHANG BEIJING BRANCH RM 1105 BLDG A, ORIENTAL MEDIA CENTER NO 4 GUANGHUA RD CHAOYANG DISTRICT BEIJING 100026 CHINA |
| PING AN BANK CO LTD | ATTN YAO ZHANG SHENZHEN BRANCH NO 1009 SHENNEN ZHONG RD FUTIAN DISTRICT SHENZEHN GUANGDONG 518000 CHINA |
| PING AN SECURITIES CO LTD | ATTN YAO ZHANG RM 1105 BLDG A ORIENTAL MEDIA CENTER NO4 GUANGHUA RD CHAOYANG DISTRICT BEIJING 100026 CHINA |
| SHANGHAI LEYU | CHUANGYE INVESTMENT MGMT CENTER LP ATTN YI CHEN 2301B URBAN HEADQUARTERS BLDG 168 TIBET MIDDLE RD HUANGPU DISTRICT SHANGHAI 200001 CHINA |
| SHENZHEN YINGDA CAPITAL MANAGEMENT CO LTD | ATTN QIANHONG SHI 22ND FL, WEST TOWER, WORLD FINANCIAL CENTER CHAOYANG DISTRICT BEIJING 100020 CHINA |
| THE ROSNERS LAW GROUP | COUNSEL TO SHANGHAI QICHENGYUEMING INVESTMENT ATTN: FREDERICK B. ROSNER, ESQ. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| TWC GROUP CO LTD | ATTN RENJIANG CHENG NO 6 CHAOWAI ST 12 FLOORS BLOCK B WANTONG CENTER CHAOYANG DISTRICT BEIJING 100005 CHINA |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS HERCULES BUILING 1313 N. MARKET STREET WILMINGTON DE 19801 |
| WESTERN SECURITIES CO LTD | ATTN NING LIU RM 10000 BLDG 8 NO 319 DONGXIN ST XIAN SHANXI 710004 CHINA |
| XIZANG JINMEIHUA INVESTMENT CO LTD | ATTN JUN WANG NO 462 MGMT COMMITTEE OF YANGDA INDUSTRIAL PARK IN DUILONG DEQING DIST LHASA; TIBET 851400 CHINA |

| Claim Name | Address Information |
|---|---|
| ZHEJIANG ZHONGTAI | ATTN XIJIE JIN CHUANGZHAN ENTERPRISE MANAGEMENT CO LTD 29TH FL, BLOCK T1, WANGJING POLY INTL PLAZA, CHAOYANG DISTRICT BEIJING 100102 CHINA |

**Total Creditor count  28**

**YUETING JIA – Case No. 19-12220**
**First Class Mail Additional Service List**

CHRIS SAMIS AT POTTER ANDERSON & CORROON
1313 N. MARKET ST.
WILMINGTON, DE 19801

JEFF PROL AT LOWENSTEIN SANDLER
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

**EXHIBIT B**

**YUETING JIA – Case No. 19-12220**
**Electronic Mail Service List**

124898362@QQ.COM
13162857516@163.COM
13917839177@HUYF@CJSC.COM
CHENYI@HTLCM.COM
CHENYUANYUAN@EBTRUST.COM
DAVID.L.BUCHBINDER@USDOJ.GOV
HUANGJN@DEHENGLAW.COM
JOHN.MOE@DENTONS.COM
JOHN.ZHANG@DENTONS.COM
JSFUSHIZI@163.COM
JTNSHTH2@163.COM
KEHUI@HRSEC.COM.CN
LFTZCWB@163.COM
LIUNING@XBMAIL.COM.CN
QYX@HFZQ.COM.CN
RENJIANGC@TWCGROUP.COM
ROSNER@TEAMROSNER.COM
ROSNERTEAM@ROSNER.COM
SHIQH@YDCMC.COM
WANG_YI@CMBCHINA
WANGJUN@HONGZHAO.COM
YANHAO@MSXT.COM
YUANWEI@ETOWNCAPITAL.COM
ZHANGBO@CINDA.COM.CN
ZHANGYAO335@PINGAN.COM.CN