UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re __Yueting Jia__          Case No. __19-12220 (KBO)__
       Debtor

### INITIAL REPORT - Individual Debtor(s)

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | | |
| Certificates of Insurance: | | N/A |
|    Homeowners | | |
|    Property | | |
|    General Liability | | |
|    Auto | | |
|    Other: | | |
|    Identify any areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | X | |
|    General Operating Account | X | |
|    Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | | |
|    Other: | | |
| Retainers Paid (Form IR-2) | X | |
| 13 Week Cash Flow | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

__YT Jia__                               __10-31-19__
Signature of Debtor                      Date


_____          _____
Signature of Joint Debtor                Date


_____          _____
Signature of Authorized Individual*      Date


_____          _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

**In re Yueting Jia**, Debtor

**Case No. 19-12220 (KBO)**

### CASH FLOW PROJECTIONS FOR THE 13 Week PERIOD: 10/14/2019 through 1/6/2020

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Week 10/14/2019 | Week 10/21/2019 | Week 10/28/2019 | Week 11/4/2019 | Week 11/11/2019 | Week 11/18/2019 | Week 11/25/2019 | Week 12/2/2019 | Week 12/9/2019 | Week 12/16/2019 | Week 12/23/2019 | Week 12/30/2019 | Week 1/6/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | $98,261.32 | $92,415.99 | $87,995.99 | $59,650.65 | $57,730.65 | $259,885.32 | $247,965.32 | $113,119.98 | $111,199.98 | $905,354.65 | $903,434.65 | $421,264.65 | $327,344.65 | $3,685,623.76 |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Wages (Net) | $15,574.67 | | $15,574.67 | | $15,574.67 | | $15,574.67 | | $15,574.67 | | $26,250.00 | | | $104,123.33 |
| Interest and Dividend Income | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Alimony & Child Support | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Social Security and Pension Income | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Sale of Assets | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Rental income (Prepaid until May 2020) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| DIP Loan Proceeds | | | | | $200,000.00 | | | | $800,000.00 | | | | | $1,000,000.00 |
| | | | | | | | | | | | | | | $0.00 |
| **TOTAL RECEIPTS** | $15,574.67 | $0.00 | $15,574.67 | $0.00 | $215,574.67 | $0.00 | $15,574.67 | $0.00 | $815,574.67 | $0.00 | $26,250.00 | $0.00 | $0.00 | $1,104,123.33 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| Mortgage Payment(s) | $0.00 | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Rental Payment(s) (residence) | $0.00 | | $0.00 | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Utilities | $0.00 | | $0.00 | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Insurance (health ins deducted from wages) | $0.00 | | $0.00 | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Transportation Expense | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $4,550.00 |
| Insurance | $0.00 | | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Food and Household Expenses | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $10,075.00 |
| Personal Care Products & Services | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $87.50 | $1,137.50 |
| Medical and Dental Expenses | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $182.50 | $2,372.50 |
| Child and Parental Support | | | $42,000.00 | | | | $42,000.00 | | | | $42,000.00 | | | $126,000.00 |
| Clothing, Laundry, Dry Cleaning | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 # | $6,825.00 |
| Charitable Contributions | $0.00 | | | $0.00 | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| Taxes (Income tax deducted from wages) | | | | | | | | | | | | | | $0.00 |
| Alimony, Child Support, Garnishments | | | | | | | | | | | | | | $0.00 |
| OTHER (ATTACH LIST) | $0.00 | | | $0.00 | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| **Subtotal: personal expenses** | $1,920.00 | $1,920.00 | $43,920.00 | $1,920.00 | $1,920.00 | $1,920.00 | $43,920.00 | $1,920.00 | $1,920.00 | $1,920.00 | $1,920.00 | $43,920.00 | $1,920.00 | $150,960.00 |
| Payroll for Internal team to support BK | $11,500.00 | | | | $11,500.00 | | | | $11,500.00 | | | | | $34,500.00 |
| BK-related expenses (inc. travel for hearings, 341(a)) | $8,000.00 | | | | | $10,000.00 | | | $8,000.00 | | | | | $26,000.00 |
| Business Entertainment | | $2,500.00 | | | | | $2,500.00 | | | | $2,500.00 | | | $7,500.00 |
| Other professional fees | | | | | | | | | | | | | | $0.00 |
| Debtor's counsel | | | | | | | | | | | $400,000.00 | | | $400,000.00 |
| Debtor's CRO | | | | | | | $50,000.00 | | | | | $50,000.00 | $30,000.00 | $80,000.00 |
| Committee professional fees | | | | | | | $50,000.00 | | | | $50,000.00 | | | $108,000.00 |
| Epiq (claims/noticing) | | | | | | | $54,000.00 | | | | $54,000.00 | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | $4,875.00 | $4,875.00 |
| COURT COSTS | | | | | | | | | | | | | | $0.00 |
| **TOTAL DISBURSEMENTS** | $21,420.00 | $4,420.00 | $43,920.00 | $1,920.00 | $13,420.00 | $11,920.00 | $150,420.00 | $1,920.00 | $21,420.00 | $1,920.00 | $508,420.00 | $93,920.00 | $36,795.00 | $911,835.00 |
| **NET CASH FLOW** | ($5,845.34) | ($4,420.00) | ($28,345.34) | ($1,920.00) | $202,154.67 | ($11,920.00) | ($134,845.34) | ($1,920.00) | $794,154.67 | ($1,920.00) | ($482,170.00) | ($93,920.00) | ($36,795.00) | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | | |
| **Cash End of Month** | $92,415.99 | $87,995.99 | $59,650.65 | $57,730.65 | $259,885.32 | $247,965.32 | $113,119.98 | $111,199.98 | $905,354.65 | $903,434.65 | $421,264.65 | $327,344.65 | $290,549.65 | |

FORM IR-1 (4/07)

Banker Name: SE MAGANA

Banker Phone: 310/328-4545

Branch Number: 04189

Office/Portfolio Number: CG907

Banker AU: 0000311

Date: 10/21/2019

Banker MAC: E2827-011

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

Product Name: Wells Fargo Everyday Checking

Account Number: 7987 普通

COID: 114

Product: DDA

Purpose of Account: Personal/Household income

Product Name: Wells Fargo Everyday Checking

Account Number: 7979 tax账户

COID: 114

Product: DDA

Purpose of Account: Personal/Household income

Checking/Savings Bonus Offer Available: No

New Account Kit: CD-005298311

## Related Customers

Customer Name: YUETING JIA

Account Relationship: Sole Owner

## Statement Mailing Information

Customer(s) Listed on Statement: YUETING JIA

DEBTOR IN POSSESION

CH11 CASE # 19-12220 (DE)

Statement Mailing Address: 7 MARGUERITE DR

Address Line 2:

City: RANCHO PALOS VERDES

State: CA

ZIP/Postal Code: 90275-4476

Country: US

In re Yueting Jia

Debtor

Case No. 19-12220 (KBO)
Reporting Period: _____

## SCHEDULE OF RETAINERS PAID TO BANKRUPTCY PROFESSIONALS

(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date |
|---|---|---|---|---|---|
| EPIQ | 10/8/2019 | | Pacific Technology Holding LLC | $15,000.00 | TBD |
| EPIQ | 10/8/2019 | | Pacific Technology Holding LLC | $40,000.00 | TBD |
| QB Partners San Diego | 10/11/2019 | | Pacific Technology Holding LLC | $20,000.00 | TBD |
| Pachulski Stang Ziehl & Jones LLP | 8/30/2010 | | Pacific Technology Holding LLC | $200,000.00 | TBD |
| Pachulski Stang Ziehl & Jones LLP | 10/11/2019 | | Pacific Technology Holding LLC | $800,000.00 | TBD |
| O'Melveny & Myers | 8/29/2019 | | Pacific Technology Holding LLC | $80,000.00 | TBD |
| O'Melveny & Myers | 9/3/2019 | | Pacific Technology Holding LLC | $120,000.00 | TBD |

(Professionals have not yet completed their reconciliations of pre-petition amounts applied to retainers)

Form IR-2
(4/07)