IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No.: 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 5, 2019 AT 2:30 P.M. (PREVAILING EASTERN TIME), BEFORE
THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH
MARKET STREET, 6TH FLOOR, COURTROOM NO. 2,
WILMINGTON, DELAWARE 19801[2]**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.      Debtor's Motion for Entry of an Order (I) Scheduling Combined Hearing on (A)
        Disclosure Statement, (B) Prepetition Solicitation Procedures, and (C) Confirmation of
        Prepackaged Plan; (II) Fixing Deadline to Object to Prepackaged Plan and Disclosure
        Statement; (III) Approving Form and Manner of Notice of Combined Hearing and
        Objection Deadline; (IV) Conditionally Canceling Meeting of Creditors; and
        (IV) Granting Related Relief [Filed: 10/20/19] (Docket No. 38)

        Response Deadline:  October 29, 2019, at 4:00 p.m. *(extended until November 8, 2019 at
        4:00 p.m. for the Office of the United States Trustee (the "UST") and the Official
        Committee of Unsecured Creditors (the "Committee"))*

        Responses Received:

        a.      Shanghai Lan Cai Asset Management Co, LTD.'s (1) Objection to the Debtor's
                Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Disclosure
                Statement, (B) Prepetition Solicitation Procedures, and (C) Confirmation of
                Prepackaged Plan; (II) Fixing Deadline to Object to Prepackaged Plan and

---

[1] The last four digits of the Debtor's federal tax identification number is 8972.  The Debtor's mailing address is 91
Marguerite Drive, Rancho Palos Verdes, CA  90275.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone
(866-582-6878) or by facsimile (866-533-2946).

Disclosure Statement; (III) Approving Form and Manner of Notice of Combined Hearing and Objection Deadline; (IV) Conditionally Canceling Meeting of Creditors; and (V) Granting Related Relief, and (2) Request for Status Conference Pursuant to 11 U.S.C. § 105(d) to Address Consideration of Dismissal or Transfer of Venue of Case [Filed: 10/29/19] (Docket No. 60)

b.      Informal comments from the UST

c.      Informal comments from the Committee

Related Documents:

a.      [Proposed] Order (I) Scheduling Combined Hearing on (A) Disclosure Statement, (B) Prepetition Solicitation Procedures, and (C) Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Prepackaged Plan and Disclosure Statement; (III) Approving Form and Manner of Notice of Combined Hearing and Objection Deadline; (IV) Conditionally Canceling Meeting of Creditors; and (IV) Granting Related Relief [Filed: 10/20/19] (Docket No. 38, Exhibit A)

Status:  This matter is continued until November 15, 2019, at 10:00 a.m.

2.      Debtor's Motion for an Order (I) Establishing Claim Bar Dates for Filing Prepetition Claims and (II) Approving the Form and Manner of Notice Thereof [Filed: 10/20/19] (Docket No. 39)

Response Deadline:  October 29, 2019, at 4:00 p.m. *(extended until November 8, 2019 at 4:00 p.m. for the Office of the UST and the Committee)*

Responses Received:

a.      Informal comments from the UST

b.      Informal comments from the Committee

Related Documents:

a.      [Proposed] Order (I) Establishing Claim Bar Dates for Filing Prepetition Claims and (II) Approving the Form and Manner of Notice Thereof [Filed: 10/20/19] (Docket No. 39)

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:226048.2 46353/002

Status:  This matter is continued until November 15, 2019, at 10:00 a.m.

Dated: November 1, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ James E. O'Neill*
                                          Richard M. Pachulski (CA Bar No. 90073)
                                          Jeffrey W. Dulberg (CA Bar No. 181200)
                                          Malhar S. Pagay (CA Bar No. 189289)
                                          James E. O'Neill (DE Bar No. 4042)
                                          919 N. Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE 19899-8705 (Courier 19801)
                                          Tel:    (302) 652-4100
                                          Fax:    (302) 652-4400
                                          Email:  rpachulski@pszjlaw.com
                                                  jdulberg@pszjlaw.com
                                                  mpagay@pszjlaw.com
                                                  joneill@pszjlaw.com

                                          Proposed Attorneys for Debtor and Debtor in
                                          Possession