# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YUETING JIA,[1] | Case No. 19-12220 (KBO) |
| Debtor. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on November 5, 2019, the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee") caused a true and correct copy of *Official Committee of Unsecured Creditors' First Request for Documents and Information Directed to the Debtor* to be served upon the parties listed on **Exhibit A** via electronic mail and on November 6, 2019, the Committee caused a copy of the same to be served upon the same parties by first-class mail.

*(Remainder of page intentionally left blank)*

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

IMPAC 6466628v.1

Dated: November 6, 2019
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
      kgood@potteranderson.com
      astulman@potteranderson.com

– and –

Jeffrey D. Prol, Esq.
Andrew D. Behlmann, Esq.
Jeremy D. Merkin, Esq.
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
Email: jprol@lowenstein.com
     abehlmann@lowenstein.com
     jmerkin@lowenstein.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

IMPAC 6466628v.1

## EXHIBIT A

## SERVICE LIST

Richard M. Pachulski, Esq.
Jeffrey W. Dulberg, Esq.
Malhar S. Pagay, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4100
Email: rpachulski@pachulshi.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com

Suzzanne Uhland, Esq.
Diana M. Perez, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Email: suhland@omm.com
       dperez@omm.com