# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No.: 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | **Docket No. 64** |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 1, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on November 5, 2019 at 2:30 p.m. (Prevailing Eastern Time), Before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801," dated November 1, 2019, [Docket No. 64], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
4th day of November, 2019
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires November 24, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| HUAXIN INTERNATIONAL TRUST CO., LTD. | ATTN: FENG ZIFENG 11TH FLOOR TOWER B CHINA HUADIAN BUILDING NO. 2 XUANWUMEN NEI STREET XICHENG DISTRICT BEIJING 100031 CHINA |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |

**Total Creditor count  3**

YUETING JIA - Case No: 19-12220 (KBO)
Overnight Mail Additional Party

CHINA MERCHANTS BANK CO., LTD.
SHANGHAI CHUANBEI BRANCH
ATTN: YOUJIA WANG
ROOM 1609, NO. 1717 NORTH SICHUAN ROAD
HONGKOU DISTRICT
SHANGHAI   200080
CHINA

**EXHIBIT B**

YUETING JIA - Case No: 19-12220 (KBO)
Facsimile Master Service List

| NAME | COUNSEL TO/CONTACT | FAX NO. |
|---|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS, TAX DIVISION | 302-739-5831 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY | 855-235-6787 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION | 855-235-6787 |
| LOWENTEIN SANDLER LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: JEFFREY D. PROL, ESQ., ANDREW D. BEHLMANN, ESQ., JEREMY D. MERKIN, ESQ. | 973-597-2400 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DAVID BUCHBINDER | 302-573-6497 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER | 302-573-6497 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: CHRISTOPHER M. SAMISL L KATHERINE GOOD, AARON H. STULMAN | 302-658-1192 |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS | 302-573-6220 |

YUETING JIA - Case No: 19-12220 (KBO)
Facsimile Additional Party

| NAME | COUNSEL TO/CONTACT | FAX NO. |
|---|---|---|
| KOBRE & KIM LLP | COUNSEL TO SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD. ATTN: DANIEL J. SAVAL, JOHN HAN, & DONG NI (DONNA) XU, ESQS. | 212-488-1220 |

# EXHIBIT C

YUETING JIA - Case No: 19-12220 (KBO)
Electronic Mail Master Service List

124898362@qq.com
13162857516@163.com
13917839177@huyf@cjsc.com
abehlmann@lowenstein.com
astulman@potteranderson.com
chenyi@htlcm.com
chenyuanyuan@ebtrust.com
csamis@potteranderson.com
david.l.buchbinder@usdoj.gov
dosdoc_web@state.de.us
huangjn@dehenglaw.com
jmerkin@lowenstein.com
john.moe@dentons.com
john.zhang@dentons.com
jprol@lowenstein.com
jsfushizi@163.com
jtnshth2@163.com
kehui@hrsec.com.cn
kgood@potteranderson.com
lftzcwb@163.com
liuning@xbmail.com.cn
qyx@hfzq.com.cn
renjiangc@twcgroup.com
rosner@teamrosner.com
shiqh@ydcmc.com
statetreasurer@state.de.us
wang_yi@cmbchina
wangjun@hongzhao.com
yanhao@msxt.com
yuanwei@etowncapital.com
zhangbo@cinda.com.cn
zhangyao335@pingan.com.cn

YUETING JIA - Case No: 19-12220 (KBO)
Electronic Mail Additional Parties

daniel.saval@kobrekim.com
donna.xu@kobrekim.com
john.han@kobrekim.com
liu@teamrosner.com