IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No.: 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 38** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 38

The above captioned debtor and debtor-in-possession (the "Debtor") in the above-captioned case, hereby withdraws the *Debtor's Motion For Entry Of An Order (I) Scheduling Combined Hearing On (A) Disclosure Statement, (B) Prepetition Solicitation Procedures, and (C) Confirmation of Prepackaged Plan; (Ii) Fixing Deadline to Object to Prepackaged Plan and Disclosure Statement; (III) Approving Form and Manner of Notice of Combined Hearing and Objection Deadline; (IV) Conditionally Canceling Meeting of Creditors; And (IV) Granting Related Relief* [Docket No. 38].

Dated: November 8, 2019   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeremy V. Richards (CA Bar No. 102300)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  jrichards@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com

Proposed Attorneys for Debtors and Debtors in Possession

---

[1] The last four digits of the Debtor's federal tax identification number is 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.