IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No.: 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 17** |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR FOR THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor for the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 17] (the "Application"), filed on October 17, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the *Notice of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor for the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 50] (the "Notice"), responses to the Application were to be filed and served no later than November 8, 2019, at 4:00 p.m., prevailing Eastern Time.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

It is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: November 12, 2019              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel:    (302) 652-4100
Fax:    (302) 652-4400
Email: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com
       joneill@pszjlaw.com

Proposed Attorneys for Debtor and Debtor in Possession