**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| YUETING JIA,[1] ) | Case No.: 19-12220 (KBO) |
| ) | |
| Debtor. ) | **Docket Nos. 92 and 96** |
| ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK  )
                                          ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2019, I caused to be served the:

    a. "Notice of Chapter 11 Bankruptcy Case" dated November 15, 2019 [Docket no. 92], (the "341 Notice"), and

    b. "Notice of Hearing To Consider Approval of Debtors' Proposed Amended Disclosure Statement for Debtors' Plan of Reorganization", dated November 15, 2019 [Docket no. 96], (the DSHN").

    by causing true and correct copies of the:

    i. DSHN and 341 Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. DSHN and 341 Notice, to be delivered via email to those parties listed on the annexed <u>Exhibit B</u>,

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
26th day of November, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BALLON STOLL BADER & NADLER PC | COUNSEL TO (CLIENTS) ATTN: VINCENT J. ROLDAN 729 SEVENTH AVENUE -17TH FLOOR NEW YORK NY 10019 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS, TAX DIVISION 401 FEDERAL STREET P.O. BOX 898 DOVER DE 19903 |
| DELAWARE SECRETARY OF THE TREASURY | ATTN: OFFICE, MANAGING AGENT OF GENERAL AGENT 820 SILVERLAKE BLVD, SUITE 100 DOVER DE 19904 |
| DENTONS US LLP | COUNSEL TO COUNSEL TO SHANGHAI QICHENGYUEMING ATTN: JOHN A. MOE, II, ESQ,JINSHU "JOHN"ZHANG,ESQ 601 S. FIGUEROA STREET, SUITE 2500 LOS ANGELES CA 90017-5704 |
| DORSEY & WHITNEY (DELAWARE) LLP | COUNSEL TO CHONQING" ATTN: ERIC LOPEZ SCHNABEL ALESSANDRA GLORIOSO 300 DELAWARE AVENUE SUITE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQUING ATTN: RAY LIU TWIN TOWERS (WEST), SUITE 1503-1505 B12 JIANGUOMENWAI AVENUE CHAOYANG DISTRICT, BEIJING 100022 CHINA |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL 51 WEST 52 STREET NEW YORK NY 10019 |
| GRANDALL & PARTNERS CONSULTING LLC | COUNSEL TO (THE CLIENTS) ATTN: WENJIE SUN 729 SEVENTH AVENUE – 17TH FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY P.O. BOX 7346 PHILADELPHIA PA 19101 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| LOWENTEIN SANDLER LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: JEFFREY D. PROL, ESQ., ANDREW D. BEHLMANN, ESQ., JEREMY D. MERKIN, ESQ. ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET SUITE 2207 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DAVID BUCHBINDER J CALEB BOGGS FEDERAL BLDG 844 KING ST, STE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: CHRISTOPHER M. SAMISL L KATHERINE GOOD, AARON H. STULMAN 1313 N. MARKET STREET, 6TH FLOOR WILMWILMINGTON DE 19801-3700 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO (THE CLIENTS) ATTN: FREDEROCL B. ROSNER, ZHAO (RUBY) LIU 824 N. MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| THE ROSNERS LAW GROUP | COUNSEL TO SHANGHAI QICHENGYUEMING INVESTMENT ATTN: FREDERICK B. ROSNER, ESQ. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS HERCULES BUILING 1313 N. MARKET STREET WILMINGTON DE 19801 |

**Total Creditor count  19**

| Claim Name | Address Information |
|---|---|
| BANK OF BEIJING CO. LTD. (XIANGSHUWAN B) | 1-1, 1-2, 1-3, BUILDING 1 2ND DISTRICT, XUEFU SHUJIAYUAN, HAIDIAN DISTRICT BEIJING 100085 CHINA |
| BEIJING BAIDING NEW CENTURY BUS MGT CO | BUILDING 3 13 COURTYARD NO,WORKERS SADIUM NORTH ROA CHAOYANG DISTRICT BEIJING 100000 CHINA |
| BEIJING BAIDING NEW CENTURY BUSINESS | MANAGEMENT CO., LTD., BLDG 3 13 COURTYARD NOWORKERS SADIUM NO RD CHAOYANG DISTRICT BEIJING 100000 CHINA |
| BEIJING BAIRUI CULTURE MEDIA CO, LTD | 12 FLOORS, BLOCK B, WANTONG CENTER NO. 6, CHAOWAI ST, CHAOYANG DISTRICT CHAOYANG DISTRICT BEIJING 100005 CHINA |
| BEIJING BAIRUI CULTURE MEDIA CO, LTD | BLDG. 3, FLOOR 16, 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| BEIJING BLUE GIANT REAL ESTATE INVEST. | FUND MANAGEMENT CENTER, 12 FL, BLOCK AB WANTONG CENTER, NO. 6, CHAOWAI STREET CHAOYANG DISTRICT BEIJING 100005 CHINA |
| BEIJING BLUE GIANT REAL ESTATE INVEST. | 12 FLOORS, BLOCK AB WANTONG CENTER NO. 6, CHAOWAI STREET BEIJING, CHAOYANG DIST 100005 CHINA |
| BEIJING CENTURY RUIKE SYS. TECH CO LTD | BUILDING H8, PRIVY COUNCIL NO. 10 JIACHUANG ROAD TONGZHOU DISTRICT BEIJING 100023 CHINA |
| BEIJING CENTURY RUIKE SYS. TECH CO LTD | ROOM 608, 6TH FLOOR, NORTH TOWER DAHENG TECHNOLOGY BUILDING NO. 3 SUZHOUS STREET, HAIDIAN DISTRICT BEIJING 100080 CHINA |
| BEIJING CENTURY RUIKE SYSTEM TECH CO | ROOM 608, 6TH FLOOR, NORTH TOWER DAHENG TECHNOLOGY BUILDING NO. 3 SUZHOUS STREET, HAIDIAN DISTRICT BEIJING CHINA |
| BEIJING CENTURY RUIKE SYSTEM TECH CO | BUILDING H8, PRIVY COUNCIL NO. 10 JIACHUANG ROAD TONGZHOU DISTRICT BEIJING 100023 CHINA |
| BEIJING CHUANGJIN XINGYE INVESTMENT CENT | 6TH FLOOR, BLOCK B, NO.4, EAST WANGJING ROAD, CHAOYANG DISTRICT BEIJING 100102 CHINA |
| BEIJING CHUANGJIN XINGYE INVESTMENT CTR | 6TH FLOOR, BLOCK B, NO.4, EAST WANGJING ROAD, CHAOYANG DISTRICT BEIJING 100102 CHINA |
| BEIJING DEHENG (HANGZHOU) LAW OFFICE | 10/F HUAFENG INTERNATIONAL 200 XINYE ROAD JINGGAN XINCHENG DISTRICT HANGZHOU, ZHEJIA 310020 CHINA |
| BEIJING DONGFANG CHEYUN INFORMATION TECH | ROOM 1123, FLOOR 11 BUILDING 1, NO. 8-1 WEST FOURTH RING RD SOUTH, FENGTAI DIST BEIJING 100000 CHINA |
| BEIJING FORTUNE TIES PROPERTIES CO LTD | ROOM 1102, FLOOR 10, BUILDING 3 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100000 CHINA |
| BEIJING FORTUNE TIMES PROPERTIES CO. LTD | SHOP E405-1, FLOOR 0401, BUILDING 3 13 COURTYARD NO, WORKERS SADIUM NORTH RD CHAOYANG DISTRICT BEIJING 100000 CHINA |
| BEIJING HAIDIAN TECH FIN CAP HLD GRP CO | ROOM 1520 NO.66 RD. NORTH FOURTH RING ROAD HAIDIAN DISTRICT BEIJING 100080 CHINA |
| BEIJING HAIDIAN TECHNOLOGY FINANCIAL CAP | ROOM 1520 NO.66 RD. NORTH FOURTH RING ROAD HAIDIAN DISTRICT BEIJING 100080 CHINA |
| BEIJING HONGCHENG XINTAI PROPERTIES LTD | 1501, FLOOR 15, BUILDING 3 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| BEIJING HUAXING MOBILE ASSET MANAGEMENT | 9 FLOORS, BLOCK B, DERUN BUILDING, BUILDING 1, NO. 3 YONGAN DONGLI JIA, CHAOYANG DISTRICT BEIJING 100022 CHINA |
| BEIJING HUAXING MOBILE ASSET MGT CTR LLP | 9 FLOORS, BLOCK B, DERUN BUILDING, BUILDING 1, NO. 3 YONGAN DONGLI JIA, CHAOYANG DISTRICT BEIJING 100022 CHINA |
| BEIJING JIAXIN TENGDA INF CONSULTING CO | 2 FLOORS, BUILDING B3 HENGTONG BUSINESS PARK, NO. 10 JIUXIANQI CHAOYANG DISTRICT BEIJING 100016 CHINA |
| BEIJING JIAXIN TENGDA INF CONSULTING CO | ROOM 1019,10TH FLOOR,BUILDING 1 NO. 166 FUSHI ROAD SHIJINGSHAN DISTRICT BEIJING 100043 CHINA |
| BEIJING JIAXIN TENGDA INFORMATION CONSUL | 2 FLOORS, BUILDING B3 HENGTONG BUSINESS PARK, NO. 10 JIUXIANQI CHAOYANG DISTRICT BEIJING 100016 CHINA |
| BEIJING JIAXIN TENGDA INFORMATION CONSUL | ROOM 1019,10TH FLOOR,BUILDING 1 NO. 166 FUSHI ROAD SHIJINGSHAN DISTRICT BEIJING 100043 CHINA |
| BEIJING NET WINE NETWORK E-COMMERCE CO | NO. 633, 6/F, BUILDING 10 NO 44 NORTH THIRD RING MIDDLE ROAD HAIDIAN DISTRICT BEIJING CHINA |

| Claim Name | Address Information |
|---|---|
| BEIJING SIWEI EQUITY INVESTMENT MGMT | ROOM 2608,PENGRUN BUILDING, NO.26 XIAOYUN ROAD, CHAOYANG DISTRICT BEIJING 100016 CHINA |
| BEIJING SIWEI EQUITY INVESTMENT MGMT CTR | ROOM 2608,PENGRUN BUILDING, NO.26 XIAOYUN ROAD, CHAOYANG DISTRICT BEIJING 100016 CHINA |
| BEIJING YINGDA CAPITAL MANAGEMENT CO LTD | 22 FLOORS WEST TOWER OF GLOBAL FINANCIAL CENTER, CHAOYANG DISTRICT BEIJING 100020 CHINA |
| BEIJING YINGDA CAPITAL MANAGEMENT CO.,LT | 22 FLOORS WEST TOWER OF GLOBAL FINANCIAL CENTER, CHAOYANG DISTRICT BEIJING 100020 CHINA |
| BOE TECHNOLOGY (HONG KONG) LTD. | 8 XIHUAN ZHONG LU YIZHUANG ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE BEIJING 102600 CHINA |
| CHANGJIANG SECURITIES ASSET MGT LTD. | 27F,CENTURY LINK TOWER 1 NO.1198 CENTURY AVENUE, PUDONG NEW DISTRICT SHANGHAI 200122 CHINA |
| CHANGJIANG SECURITIESSHANGHAIASSETMGTLTD | 27F, CENTURY LINK TOWER 1 NO. 1198 CENTURY AVENUE PUDONG NEW DISTRICT SHANGHAI, 200122 CHINA |
| CHAOYING DENG | 30037 AVENIDA ESPLENDIDA RANCHO PALOS VERDES CA 90275 |
| CHENGDU HOUSHI ADVERTISING CO., LTD | 26-18, BLOCK C, HONGDING INTERNATIONAL GUANYIN BRIDGE, JIANGBEI DISTRICT CHONGQING 400020 P.R. CHINA |
| CHINA CITC BANK CO LTD HEAD OFC SALES | ROOM 1001, 10TH FLOOR, BLOCK E GLOBAL TRADE CENTER, NO. 36 NORTH THIRD RING ROAD, DONGCHEN DISTRICT BEIJING 100013 CHINA |
| CHINA CITIC BANK CO LTD HEAD OFC SALES | ROOM 1001, 10TH FLOOR, BLOCK E GLOBAL TRADE CENTER, NO. 36 NORTH THIRD RING ROAD, DONGCHEN DISTRICT BEIJING 100013 CHINA |
| CHINA CITIC BANK CO., LTD. HEAD OFFICE | ROOM 1001, 10TH FLOOR, BLOCK E GLOBAL TRADE CENTER, NO. 36 NORTH THIRD RING ROAD, DONGCHEN DISTRICT BEIJING 100013 CHINA |
| CHINA CONSUMER CAPITAL FUND II, L.P. | A303,BLOCK A,ZHONGLIANG PLAZA, 8 JIANGUOMEN NEIJIE STREET, DONGCHENG DISTRICT BEIJING 100005 CHINA |
| CHINA EVERGRANDE GROUP | PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-114 CAYMAN ISLANDS |
| CHINA EVERGRANDE GROUP | 35/F, EXCELLENT HOUHAI FINANCIAL CENTER NO. 1126 HYDE ROAD NANSHAN DISTRICT SHENZHEN 518054 CHINA |
| CHINA MERCHANTS BANK CO., LTD. CHUANBEI | CHUANBEI BR CHINA MERCHANTS BANK RM 1609 NO. 1717, NORTH SICHUAN ROAD, HONGKOU DISTRICT SHANGHAI 200080 CHINA |
| CHINA MERCHANTS BANK CO., LTD. SHANGHAI | CHINA MERCHANTS BANK ROOM 1609 NO. 1717, NORTH SICHUAN ROAD, HONGKOU DISTRICT SHANGHAI 200080 CHINA |
| CHINA MINSHENG TRUST CO., LTD. | 18TH FLOOR, BLOCK C MINSHENG FINANCIAL CENTER, #28 JIANGUOME INNER STREET, DONGCHENG DIST BEIJING, 100005 CHINA |
| CHINA MINSHENG TRUST CO., LTD. | 18TH FLOOR BLOCK CHINA MINSHENG FIN CTR NO. 28 JIANGUOMEN INNER STREET DONGCHENG DISTRICT BEIJING 100005 CHINA |
| CHINA SOFT GROWING INVEST WUXI PARTSHP. | ROOM 1612,YINGU BUILDING NO.9,WEST NORTH FOURTH RING ROAD, HAIDIAN DISTRICT BEIJING 100190 CHINA |
| CHINA ZHESHANG BANK CO., LTD. BEIJING | ROOM 5701,BLOCK B, CHINA WORLD TRADE CENTER TOWER III, NO.1 JIANGUOMENWAI STREET,CHAOYANG DISTR BEIJING 100020 CHINA |
| CHINA ZHESHANG BANK CO., LTD. BEIJING BR | ROOM 5701,BLOCK B, CHINA WORLD TRADE CENTER TOWER III, NO.1 JIANGUOMENWAI STREET,CHAOYANG DISTR BEIJING 100020 CHINA |
| CHONGQING STRATEGIC EMERGING IND LEECO | 16,BLOCK B1,TUXING, NO.92 XINGGUANG ROAD, NEW NORTHERN DISTRICT CHONGQING 401121 CHINA |
| CHONGQING STRATEGIC EMERGING INDUSTRY LE | 16,BLOCK B1,TUXING, NO.92 XINGGUANG ROAD, NEW NORTHERN DISTRICT CHONGQING 401121 CHINA |
| CHONGQING YINGFEI HENGXIN INV MGT CO LTD | FFC 2812 NO. 1 FORTUNE AVENUE YUBEI DISTRICT CHONGQING 401120 CHINA |
| CHONGQING YINGFEI HENGXIN INVEST MGT | FFC 2812 NO. 1 FORTUNE AVENUE YUBEI DISTRICT CHONGQING 401120 CHINA |
| DENTONS LLP | ATTN: DANIEL G. MORRIS/WILLIAM O'BRIEN 1900 K STREET NW WASHINGTON DC 20006 |
| DEPARTMENT OF REVENUE | 120 SE 10TH AVE TOPEKA KS 66612 |
| DEPARTMENT OF THE TREASURY - IRS | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| DEPARTMENT OF THE TREASURY - IRS | M. JAMES REVENUE OFFICER/ADVISOR 1352 MARROWS RD, STE 204 NEWARK DE 19711-5445 |

| Claim Name | Address Information |
|---|---|
| E-TOWN INT'L HOLDING (HONG KONG) CO LTD | 23-25 FLOORS, BLOCK A,YAICHENG WEALTH 22 RONGHUA ROAD ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE DAXING DISTRICT BEIJING 100176 CHINA |
| E-TOWN INTL HOLDING(HK) CO LTD | 23-25 FLOORS, BLOCK A,YAICHENG WEALTH 22 RONGHUA ROAD ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE DAXING DISTRICT BEIJING 100176 CHINA |
| EVERBRIGHT XINGLONG TRUST CO. | 10F FINANCIAL STREET CENTER BUILDING, NO. 9 FINANCIAL STREET BEIJING 100032 CHINA |
| EVERBRIGHT XINGLONG TRUST CO., LTD. | 10F FINANCIAL STREET CENTER BUILDING, NO. 9 FINANCIAL STREET BEIJING 100032 CHINA |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS: A-340 PO BOX 2952 SACRAMENTO CA 95812-2952 |
| GUOTAI JUNAN SECURITIES CO., LTD | 16F,NO.650, HANKOU ROAD, HUANGPU DISTRICT SHANGHAI 200001 CHINA |
| HAIXIA BANK OF FUJIAN | 358 JIANGBIN MIDDLE AVENUE TAIJING DISTRICT FUZHOU FUJIAN 350009 CHINA |
| HAN'S SAN JOSE HOSPITALITY | 420 MADISON AVENUE SUITE 500 NEW YORK NY 10017 |
| HANS SAN JOSE HOSPITALITY | 3953 NORTH 1ST STREET SAN JOSE CA 95134 |
| HONG LIU | ROOM 2256, BUILDING 1, ZONE 2 86 BEIYUAN ROAD, CHAOYANG DISTRICT BEIJING 100101 CHINA |
| HONGHU DA | NO.18 HAIAN ZHONGBA, SOUTH ROAD NANTONG JIANGSU 226699 CHINA |
| HUAFU SECURITIES CO., LTD. | 18F,CHINA MERCHANTS BANK TOWER, NO.1088 LUJIAZUI RING ROAD, PUDONG NEW DISTRICT SHANGHAI, 200120 CHINA |
| HUARONG SECURITIES CO., LTD. | BEIJING BRANCH 3/F, BLOCK C, NO. 8 FINANCIAL STREET XICHENG DISTRICT BEIJING 100033 CHINA |
| HUAXIA LIFE INSURANCE CO. LTD. | NO. 2ZENNG1 SHUILAN ROAD CENTRAL BUSINESS DISTRICT BINHAI NEW DISTRICT TIANJIN 300457 CHINA |
| HUAXIN INTERNATIONAL TRUST CO., LTD. | 11TH FLOOR, TOWER B CHINA HUADIAN BUILDING NO. 2 XUANWUMEN NEI STREET, XICHENG DIST BEIJING 100031 CHINA |
| HUITIAN NETWORK TECHNOLOGY CO., LTD. | ROOM 209, NO. 1 XUXINZHUANG STREET SOAGZHUANG TOWN TONGZHOU DISTRICT BEIJING 101119 CHINA |
| HUITIAN NETWORK TECHNOLOGY CO., LTD. | NO.19, JIUZHONG ROAD, JIUGONG TOWN DAXING DISTRICT BEIJING 102600 CHINA |
| HUIZHOU SPEED & SECOND CURVE CAP MGT PSH | HONGXITAI 8-1008, SECOND STREET,SUN PALACE, CHAOYANG DISTRICT BEIJING 100028 CHINA |
| HUIZHOU SPEED & SECOND CURVE CAPITAL MGT | HONGXITAI 8-1008, SECOND STREET,SUN PALACE, CHAOYANG DISTRICT BEIJING 100028 CHINA |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JIANGSU HONGTU VENTURE CAP MGMT CO LTD | 7TH FLOOR, BLOCK D, QIAOFU FANGCAODI,NO. 9 DONGDAQIAO ROAD, CHAOYANG DISTRICT BEIJING 100020 CHINA |
| JIANGSU HONGTU VENTURE CAPITAL | MANAGEMENT CO. LTD., 7TH FL, BLOCK D QIAOFU, FANGCAODI,NO. 9 DONGDAQIAO ROAD CHAYOYANG DISTRICT BEIJING 100020 CHINA |
| JIANGYIN HAILAN INVEST. HOLDING CO. LTD. | HAILAN INVESTMENT HAILAN GARMENT INDUSTRY CITY XINQIAO TOWN, JIANGYIN JIANGSU 214400 CHINA |
| JIANGYIN HAILAN INVESTMENT HOLDING CO., | HAILAN INVESTMENT HAILAN GARMENT INDUSTRY CITY XINQIAO TOWN, JIANGYIN JIANGSU 214400 CHINA |
| JIANJUN PENG | 35/F, EXCELLENT HOUHAI FINANCIAL CENTER NO. 1126 HYDE ROAD NANSHAN DISTRICT SHENZHEN 518054 CHINA |
| JIAWEI WANG | 3004 PASEO DEL MAR PALOS VERDES ESTATES CA 90274 |
| JIAXING HAIWEN INVESTMENT PARTNERSHIP | A10F,LIANGMAMINGJU 36 LIANGMAQIAO ROAD, CHAOYANG DISTRICT BEIJING 100125 CHINA |
| JIAXING HAIWEN INVESTMENT PARTNERSHIP (L | A10F,LIANGMAMINGJU 36 LIANGMAQIAO ROAD, CHAOYANG DISTRICT BEIJING 100125 CHINA |
| JILIN JIUTAI RURAL COMMERCIAL BANK | NO. 2559 WEISHAN ROAD GAOXIN DISTRICT CHANGCHUN JILIN 130015 CHINA |
| JINAN RUI SI LE ENTERPRISE MANAGEMENT CO | BUILDING A3, BUILDING 18, ZHONGRUN CENTURY PLAZA, 13777 JINGSHI RO LIXIA DISTRICT, JINAN SHANDONG 250000 CHINA |
| JINAN RUI SI LE ENTERS MGT CONSULTING LP | BUILDING A3, BUILDING 18, ZHONGRUN CENTURY PLAZA, 13777 JINGSHI RO LIXIA DISTRICT, JINAN SHANDONG 250000 CHINA |
| JINHUA ZUMO NETWORK TECHNOLOGY CO., | 4 FLOORS,BUILDING 20 HUIYIN MINGZUN,599 LANE, YUNLING EAST ROAD, PUTUO |

| Claim Name | Address Information |
|---|---|
| LTD. | DISTRICT SHANGHAI 200062 CHINA |
| JUSTIN C. HSIANG | LAW OFFICE OF JUSTIN C. HSIANG 5 THIRD STREET SUITE 1100 SAN FRANCISCO CA 94103-3212 |
| KANSAS DEPT OF REVENUE | ATTN: BANKRUPTCY UNIT CIVIL TAX ENFORCEMENT P.O. BOX 12005 TOPEKA KS 66601 |
| KANSAS DEPT OF REVENUE | 120 SE 10TH AVE TOPEKA KS 66612 |
| KOBRE AND KIM LLP | ATTN: JOHN HAN ICB TOWER 6TH FLOOR 3 GARDEN ROAD CENTRAL, HONG KONG CHINA |
| KOBRE AND KIM LLP | ATTN: CALVIN K KOO ICBC TOWER 6TH FLOOR 3 GARDEN ROAD CENTRAL HONG KONG CHINA |
| KOBRE AND KIM LLP | ATTN: CHRISTOPHER COGBURN 800 THIRD AVENUE NEW YORK NY 10022 |
| KOBRE AND KIM LLP | ATTN: DANIEL ZAHHER/MICHAEL K. NG 150 CALIFORNIA ST 19TH FLOOR SAN FRANCISCO CA 94111 |
| LA COUNTY TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90054 |
| LATHAM & WATKINS LLP | 10250 CONSTELLATION BOULEVARD, SUITE 1100 LOS ANGELES CA 90067 |
| LE HOLDINGS (BEIJING) CO. LTD | FLOOR 16, BUILDING 3 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LE HOLDINGS (BEIJING) CO. LTD | ROOM 1102, FLOOR 10, BLDG. 3 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LE LTD. | SERTUS CHAMBERS, P.O. BOX 2547 CASSIA COURT CAMANA BAY GRAND CAYMAN CAYMAN ISLANDS |
| LEAN YINGYUN (TIANJIN) CULTURE | COMMUNICATION LIMITED PARTNERSHIP ROOM 204-366 CHUANGZHI BUILDING NO. 482 ,ANIMATION MIDDLE ROAD TIANJIN 300000 CHINA |
| LEPU YINGTIAN (TIANJIN) CULTURE | COMMUNICATION LIMITED PARTNERSHIP ROOM 204-367 CHUANGZHI BUILDING NO. 482, ANIMATION MIDDLE ROAD TIANJIN 300000 CHINA |
| LESAI MOBILE (BEIJING) CO LTD | 1001, FLOOR 9, BUILDING 3 105 YAOJIAYUN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LESAI MOBILE HK LIMITED | UNIT 06, 3/F BONHAM TRADE CENTER 50 BONHAM STRAND SHEUNG WAN 999077 HONG KONG |
| LESHI INTERNET INFORMATION | AND TECHNOLOGY CORP.,BEIJING FLOOR 15, LEORONG BUILDING NO.3 BUILDING, YARD 105, YAOJIAYUAN ROAD CHAOYANG DIST, BEIJING 100020 CHINA |
| LESHI INTERNET INFORMATION & TECHNOLOGY | CORP., BEIJING CHINA BUILDING 3, 105 YAOJIAYUAN RAOD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LESHI MOBILE INTELLIGENT INFO TECHNOLOGY | CORP, BEIJING CHINA BUILDING 3, 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LESHI MOBILE INTELLIGENT INFO TECHNOLOGY | NO. 1, LINKONG 2ND ROAD, NORTH WENHUAYING VILLAGE GAOLIYING TOWN, SHUNYI DISTRICT BEIJING 101399 CHINA |
| LESHI MOBILE INTELLIGENT INFO TECHNOLOGY | NO. 1, LINKONG 2ND ROAD, NORTH WENHUAYING VILLAGE GAOLIYING TOWN, SHUNYI DISTRICT BEIJNG 101399 CHINA |
| LESHI ZHIXIN ELECTRONIC TECH. (TIANJIN) | LERONG BUILDING 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LESHI ZHIXIN ELECTRONIC TECHNOLOGY | (TIANJIN) CO., LTD. 201-427, 2ND FLOOR, B1 DISTRICT ANIMATION BLD, NO. 126, ANIME MEIDDLE RD TIAJIN ECO-CITY CHINA |
| LETV CLOUD COMPUTING CO. LTD. | LERONG BUILDING 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING CHINA |
| LETV FILM (BEIJING) CO., LTD. | CHENGUANG COURTYARD, NO. 18 DONGLI, LIULITUN DONGFENG TOWNSHIP, CHAOYANG DISTRICT BEIJING CHINA |
| LETV FILM (BEIJING) CO., LTD. | ROOM 102, BUILDING A NO. 9 EAST FENGXIANG STREET YANGSON TOWN, HUAIROU DISTRICT BEIJING 101499 CHINA |
| LETV FILM (BEIJING) CO., LTD. | ROOM 1002, BUILDING A, NO.9 EAST FENGXIANG STREET, YANGSONG TOWN, HUAIROU DISTRICT BEIJING 101499 CHINA |
| LETV SPORTS CULTURE INDUSTRY DEVELOPMENT | 1102, FLOOR 10, BUILDING 3 105 YAOJIAYUAN RD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LETV SPORTS CULTURE INDUSTRY DEVELOPMENT | 1103, FLOOR 10, BUILDING 3 105 YAOJIAYUAN RD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| LEVIEW GLOBAL LTD. | SERTUS CHAMBERS, P.O. BOX 2547 CASSIA COURT CAMANA BAY GRAND CAYMAN CAYMAN ISLANDS |
| LEVIEW MOBILE HK LIMITED | NO. 1, LINKONG 2ND ROAD, NORTH WENHUAYING VILLAGE GAOLIYING TOWN, SHUNYI |

| Claim Name | Address Information |
|---|---|
| LEVIEW MOBILE HK LIMITED | DISTRICT BEIJING 101399 CHINA |
| LEVIEW MOBILE LTD | SERTUS CHAMBERS, P.O. BOX 2547 CASSIA COURT CAMANA BAY GRAND CAYMAN CAYMAN ISLANDS |
| LEWIS & LLEWELLYN LLP | 505 MONTGOMERY STREET, SUITE 1300 SAN FRANCISCO CA 94111 |
| LEZHENG RONGTON (TIANJIN) CULTURE | COMMUNICATION LIMITED PARTNERSHIP ROOM 204-365, CHUANGZHI BUILDING NO. 482 ANIMATION MIDDLE ROAD TIANJIN 300000 CHINA |
| LEZHENG RONGTONG (TIANJIN) CULTURE | COMMUNICATION LIMITED PARTNERSHIP ROOM 204-365, CHUANGZHI BUILDING NO. 482, ANIMATION MIDDLE ROAD TIANJIN 300000 CHINA |
| LEZHENG RONGTONG (TIANJIN) CULTURE | COMMUNICATION LIMITED PARTNERSHIP ROOM 204-367, CHUANGZHI BUILDING NO. 482, ANIMATION MIDDLE ROAD TIANJIN 300000 CHINA |
| LEZHENG RONGTONG (TIANJIN) CULTURE | COMMUNICATION LP ROOM 204-367, CHUANGZHI BUILDING NO. 482, ANIMATION MIDDLE ROAD TIANJIN 300000 CHINA |
| LIAN BOSSERT | 850 WILCOX AVENUE, APT. 21 LOS ANGELES CA 90038 |
| LIJIE YANG | 4-11B CHAOYANG PARK CHAOYANG DISTRICT BEIJING 100005 CHINA |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | THE TERRACE II 2700 VIA FORTUNA DR. SUITE 400 AUSTIN TX 78746 |
| LINFEN INVESTMENT GROUP CO. LTD | CITY INVESTMENT BUILDING WEST FENHE ROAD LINFEN ECONOMIC/TECHNOLOGICAL DEV ZONE LINFEN, SHANXI 041000 CHINA |
| LUETIAN SUN | 3385 MICHELSON DRIVE APT 306 IRVINE CA 92612 |
| MACROLINK GROUP HOLDINGS CO., LTD. | 10TH FLOOR MACROLINK GROUP HQ BLDG TAIHU TOWN, GOVERNMENT STREET TONGZHOU DISTRICT BEIJING 101116 CHINA |
| MACROLINK GROUP HOLDINGS CO., LTD. | 17F,XINHUALIAN BUILDING, NO.18,DAJIAJIAYUAN,DONGSIHUAN MIDDLE ROAD, CHAOYANG DISTRICT BEIJING 100025 CHINA |
| MARVEL BEST TECHNOLOGY LIMITED | MINHUA INDUSTRIAL, CITY OFFICE BUILDING LONGSHAN ROAD, DAYA BAY NEW TERRITORIES HONG KONG 999077 CHINA |
| MARVEL BEST TECHNOLOGY LIMITED | SHA TIN KWEI TEI STREET FO TAN 10-14 NEW TERRITORIES, HONGKONG 999077 CHINA |
| MENGWU | NO. 36, 36 SHUNWANG STREE, XINCHENG TOWN HENGQU COUNTY YUNGCHENG SHANXI 043700 CHINA |
| MIAO ZHANG | 3004 PASEO DEL MAR PALOS VERDES ESTATES CA 90274 |
| NANJING DEJIN INVESTMENT MANAGEMENT CO. | 23 FLOOR ATTACHED BUILDING ZIFENG BLDG ZHONGSHAN NORTH ROAD, GULOU DISTRICT NANJING JIANGSU 210000 CHINA |
| NANJING KAEN INDUSTRY AND TRADE CO., LTD | BUILDING 4 NO. 8 CHUANGYE ROAD HAIDIAN DISTRICT BEIJING 100085 CHINA |
| NANJING KAEN INDUSTRY AND TRADE CO., LTD | NO.11 YONGLE ROAD, QINHUAI DISTRICT NANJING JIANGSU 210022 CHINA |
| NELSON WILSON GOODELL | THE GOODELL LAW FIRM 5 THIRD STREET SUITE 1100 SAN FRANCISCO CA 94103-3212 |
| NINGBO HANGZHOU BAY NEW AREA LERAN INVES | 105 YAOJIAYUAN ROAD, LERONG BUILDING, CHAOYANG DISTRICT BEIJING 100123 CHINA |
| O-FILM GLOBAL (HK) TRADING LIMITED & | LERONG BUILDING 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| O-FILM GLOBAL (HK) TRADING LIMITED & | NANCHANG O-FILM PHOTOELECTRIC TECH CO 13TH FLOOR, CHINA MERCHANTS PLAZA NO. 1008 WANGHAI ROAD, NANSHAN DISTRICT SHENZHEN, GUANGDON 518000 CHINA |
| OCEAN VIEW DRIVE INC. | 7 MARGUERITE DRIVE RANCHO PALOS VERDES CA 90275 |
| ORIENT SECURITIES CO., LTD. | 7TH FLOOR, ORIENT SECURITIES BUILDING, 118 WAIMA ROAD, HUANGPU DISTRICT SECURITIES FINANCE BUSINESS HEADQUARTERS SHANGHAI 200010 CHINA |
| ORIENTAL LIGHT CONSULTING LIMITED | ROOM 1102, BLOCK C,BUILDING 7 NO.1872,BALIZHUANG BEILI PARK CHAOYANG DISTRICT BEIJING 100028 CHINA |
| PACIFIC TECHNOLOGY HOLDING LLC | 30037 AVENIDA ESPLENDIDA RANCHO PALOS VERDES CA 90275 |
| PACIFIC TECHNOLOGY HOLDING LLC | 3780 KILROY AIRPORT WAY SUITE 200 LONG BEACH CA 90806 |
| PAUL DAVID MURPHY | MURPHY ROSEN LLP 100 WILSHIRE BLVD. SUITE 1300 SANTA MONICA CA 90401-1191 |
| PENG SHI | ROOM 1701, UNIT 1, FLOOR 7 JINTI INTERNATIONAL GARDEN 91 JIANGUO ROAD, CHAOYANG DISTRICT BEIJING 100020 CHINA |
| PENG SHI | ROOM 1701, UNIT 1, FLOOR 7 JINTI INTERNATIONAL GARDEN 91 JIANGUO ROAD, CHAOYANG DISTRICT BEIJING 10020 CHINA |

# Yueting Jia
# Service List

| Claim Name | Address Information |
|---|---|
| PING AN BANK CO. LTD. - SHENZHEN BRANCH | THIRD FLOOR, NANTOU SUB-BRANCH PING AN BANK, DEVELOPMENT BUILDING NO. 171 TAOYUAN ROAD, NANSHAN SHENZHEN, GUANGDONG 518000 CHINA |
| PING AN BANK CO., LTD. BEIJING BRANCH | ROOM 1105,BUILDING A, ORIENTAL MEDIA CENTER NO.4 GUANGHUA ROAD CHAOYANG DISTRICT BEIJING 100026 CHINA |
| PING AN SECURITIES CO., LTD. | ROOM 1105, BUILDING A ORIENTAL MEDIA CENTER NO.4 GUANGHUA ROAD CHAOYANG DISTRICT BEIJING 100026 CHINA |
| PING AN SECURITIES CO., LTD. | 63F, PING AN FINANCIAL CENTER, 5033 YITIAN ROAD, FUTIAN DISTRICT SHENZHEN GUANGDONG 518017 CHINA |
| PING AN SECURITIES CO., LTD. | 63F, PING AN FINANCIAL CENTER, 5033 YITIAN ROAD, FUTIAN DISTRICT SHENZHEN, GANGDONG 518017 CHINA |
| QC INVESTMENT LTD. | 27 FLOOR,JIAJIE INTERNATIONAL PLAZA, NO.1717 NORTH SICHUAN ROAD, HONGKOU DISTRICT SHANGHAI 200085 CHINA |
| QINGDAO HUANGHAI PHARM FOOTBALL CLUB CO | GUOXIN STADIUM, NO.3 YINCHUAN EAST ROAD LAOSHAN DISTRICT QINGDAO SHANDONG 266035 CHINA |
| QINGDAO HUANGHAI PHARMACEUTICAL FOOTBALL | GUOXIN STADIUM, NO.3 YINCHUAN EAST ROAD LAOSHAN DISTRICT QINGDAO SHANDONG 266035 266035 CHINA |
| QUANZHOU DING'S INVESTMENT MGMT CO LTD | 8 FLOORS,361 BLDG, 157 & 159 DUNLING RD HULI HIGH-TECH PARK,HULI DISTRICT XIAMEN FUJIAN 361015 CHINA |
| QUANZHOU DINGS INVESTMENT MANAGEMENT CO | 8 FLOORS,361 BLDG, 157 & 159 DUNLING RD HULI HIGH-TECH PARK,HULI DISTRICT XIAMEN FUJIAN 361015 CHINA |
| RUOKUN JIA | 7 MARGUERITE DRIVE RANCHO PALOS VERDES CA 90275 |
| RUOKUN JIA | 2801 KELVIN AVE APT 532 IRVINE CA 92614 |
| SANPOWER (HONG KONG) COMPANY LIMITED | SANPOWER GROUP NO. 68 SOFTWARE AVENUE, YUHUATAI DISTRIC NANJING JIANGSU 210012 CHINA |
| SANYA SHUGUANG REAL ESTATE DEV CO LTD | 2ND FLOOR, BUILDING 2 JIABAO GARDEN, 98 FENGHUANG ROAD SANYA HAINAN 572005 CHINA |
| SHANGHAI BIAOPU INVESTMENT MANAGEMENT CO | ROOM 1107 NO.58 CHANGLIU ROAD, PUDONG NEW DISTRICT SHANGHAI 200135 CHINA |
| SHANGHAI BIAOPU INVESTMENT MGMT CO LTD | ROOM 1107 NO.58 CHANGLIU ROAD, PUDONG NEW DISTRICT SHANGHAI 200135 CHINA |
| SHANGHAI CHUNHUA JINGLI INVEST CTR | 48TH FLOOR, TOWER A INTERNATIONAL TRADE BUILDING NO. 1 JIANGUOMENWAI STREET BEIJING 100020 CHINA |
| SHANGHAI CHUNHUA JINGLI INVESTMENT CTR | 48TH FLOOR, TOWER A INTERNATIONAL TRADE BUILDING NO. 1 JIANGUOMENWAI STREET BEIJING 100020 CHINA |
| SHANGHAI HAIYUE INVESTMENT MANAGEMENT CO | 19 FLOOR 1901,BLOCK C, CAIZHI BUILDING,18 ZHONGGUANCUN EASTROAD HAIDIAN DISTRICT BEIJING 100190 CHINA |
| SHANGHAI HAIYUE INVESTMENT MGMT CO LTD | 19 FLOOR 1901,BLOCK C, CAIZHI BUILDING,18 ZHONGGUANCUN EASTROAD HAIDIAN DISTRICT BEIJING 100190 CHINA |
| SHANGHAI JUNYING ASSET MGT PARTNERS | ROOM 905,LIANGYOU BUILDING, NO.618,SHANGCHENG ROAD, PUDONG NEW AREA SHANGHAI 200120 CHINA |
| SHANGHAI JUNYING ASSET MGT PARTNERSHIP | ROOM 905,LIANGYOU BUILDING, NO.618,SHANGCHENG ROAD, PUDONG NEW AREA SHANGHAI 200120 CHINA |
| SHANGHAI LAN CAI ASSET MANAGEMENT | 12 FLOORS BLOCK AB WANTONG CENTER NO. 6, CHAOWAI STREET BEIJING 100005 CHINA |
| SHANGHAI LAN CAI ASSET MANAGEMENT | NO. 329, BLOCK B. NO. 28 XINJIEKOUWAI STREET XICHENG DISTRICT BEIJING, 100088 CHINA |
| SHANGHAI LAN CAI ASSET MANAGEMENT CO LTD | NO. 329, BLOCK B. NO. 28 XINJIEKOUWAI STREET XICHENG DISTRICT BEIJING, 100088 CHINA |
| SHANGHAI LAN CAI ASSET MANAGEMENT CO., L | NO. 329, BLOCK B. NO. 28 XINJIEKOUWAI STREET XICHENG DISTRICT BEIJING, 100088 CHINA |
| SHANGHAI LEYU CHUANGYE INV. MGMT. CTR | 2301B URBAN HEADQUARTERS BUILDING, 168 TIBET MIDDLE ROAD, HUANGPU DISTRICT SHANGHAI 200001 CHINA |
| SHANGHAI LEYU CHUANGYE INVESTMENT MANAGE | 2301B URBAN HEADQUARTERS BUILDING, 168 TIBET MIDDLE ROAD, HUANGPU DISTRICT SHANGHAI 200001 CHINA |
| SHANGHAI LEYU INVESTMENT CENTER (LP) | 29F,NO.6,LANE 2, WEIFANG WEST ROAD, PUDONG NEW DISTRICT SHANGHAI 200122 CHINA |

| Claim Name | Address Information |
|---|---|
| SHANGHAI PINEBOOM INVESTMENT MGT CO. | ROOM 1107 NO.58 CHANGLIU ROAD, PUDONG NEW DISTRICT SHANGHAI 200135 CHINA |
| SHANGHAI QICHENGYUEMING INVT PARTNERSHIP | DENTONS US LLP ATTN: JAE K. PARK 601 SOUTH FIGUEROA STREET, SUITE 2500 LOS ANGELES CA 90017 |
| SHANGHAI ZHEYUN | BUSINESS CONSULTING PARTNERSHIP 4TH FLOOR, NO. 416, ZHOUSHI ROAD, PUDONG NEW AREA SHANGHAI 200000 CHINA |
| SHENZHEN JINCHENG COM. FACTORING CO LTD | 12 FLOORS, BLOCK AB, WANTONG CENTER NO. 6 CHAOWAI STREET CHAOYANG DISTRICT SBEIJING 100005 CHINA |
| SHENZHEN JINCHENG COM. FACTORING CO LTD | 12 FLOORS, BLOCK AB, WANTONG CENTER NO. 6 CHAOWAI STREET CHAOYANG DISTRICT SBEIJING 100005 100005 CHINA |
| SHENZHEN JINCHENG COM. FACTORING CO LTD | ROOM 201, BUILDING A NO. 1 QIANWAN 1ST ROAD QIANHAI SHENZHEN-HONG KONG CO-OP ZONE SHENZHEN GUANGDONG 518054 CHINA |
| SHENZHEN JINCHENG COMMER. FACTORING CO. | 12 FLOORS, BLOCK AB, WANTONG CENTER NO. 6 CHAOWAI STREET CHAOYANG DISTRICT SBEIJING 100005 CHINA |
| SHENZHEN JINCHENG COMMERC. FACTORING CO | 12 FLOORS, BLOCK AB, WANTONG CENTER NO. 6 CHAOWAI STREET CHAOYANG DISTRICT SBEIJING 100005 CHINA |
| SHENZHEN JINCHENG COMMERC. FACTORING CO | ROOM 201,BUILDING A, NO.1 QIANWAN 1ST RO QIANHAI SHENZHEN-HONG KONG COOPERATION Z SHENZHEN GUANGDONG 518054 CHINA |
| SHENZHEN LESHI XINGENVERTICAL INTEGRATIO | S125,1ST FLOOR, YANSHA CENTER OFFICE BUILDING, 50 LIANGMAQIAO ROAD, CHAOYANG DISTRICT BEIJING 100125 CHINA |
| SHENZHEN LETV XINGEN M&A FUND INVEST MGT | S125, YANSHA CENTER OFFICE BUILDING NO. 50 LIANGMAQIO ROAD CHAOYANG DISTRICT BEIJIING 100000 CHINA |
| SHENZHEN LETV XINGEN NO.1 INVEST MGT | S125, YANSHA CENTER OFFICE BUILDING NO. 50 LIANGMAQIO ROAD CHAOYANG DISTRICT BEIJIING 100000 CHINA |
| SHENZHEN QIANHAI ANXING | ASSET MANAGEMENT CO ROOM 201, BUILDING A, NO. 1 QIANWAN FIRST ROAD, QIANHAI SHENZHEN-HK COOP ZONE CHINA |
| SHENZHEN WINZHONGTONG NON-FINANCING GUAR | 7F GUORUN COMMERCIAL PLAZA B NO.46 SOUTH ROAD OF WEST 4TH RING, FENGTAI DISTRICT BEIJING 100858 CHINA |
| SHENZHEN WINZHONGTONG NONFIN GUAR CO LTD | 7F GUORUN COMMERCIAL PLAZA B NO.46 SOUTH ROAD OF WEST 4TH RING, FENGTAI DISTRICT BEIJING 100858 CHINA |
| SHENZHEN YINGDA CAPITAL MANAGEMENT CO., | 22ND FLOOR, WEST TOWER, WORLD FINANCIAL CENTER, CHAOYANG DISTRICT BEIJING 100020 CHINA |
| SICHUAN XUNLING TECHNOLOGY CO. LTD. | NO. 138, JIALING JIANGXI ROAD DEYANG SICHUAN 618000 CHINA |
| SMART KING LTD. | 18455 S FIGUEROA STREET GARDENA CA 90248 |
| SMART TECHNOLOGY HOLDINGS LTD. | LTD. CONYERS TRUST CO (CAYMAN) LIMITED P.O. BOX 2681 CRICKET SQUARE, HUTCHINS DRIVE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SUNFLOWER ASSET MANAGEMENT | (JIAXING) CO. LTD. ROOM 402, NO. 2176 FANGGONG ROAD NANHU DISTRICT, JIAXING ZEHJIANG PROVINCE CHINA |
| SWIFT TALENT INVESTMENTS LIMITED | 17 FLOORS,BLOCK B,RONGKE INFORMATION CEN NO.2 SOUTH ROAD,ACADEMY OF SCIENCES HAIDIAN DISTRICT BEIJING 100080 CHINA |
| THE GOODELL LAW FIRM | 5 THIRD STREET SUITE 1100 SAN FRANCISCO CA 94103 |
| TIANJIN NORD INVESTMENT CO., LTD. | 9TH FLOOR, BLOCK B, FENGMING INTERNATIONAL BUILDING, XICHENG DISTRICT BEIJING 100034 CHINA |
| TWC GROUP CO., LTD. | 12 FLOORS,BLOCK AB WANTONG CENTER,NO 6, CHAOWAI STREET CHAOYANG DISTRICT BEIJING 100005 CHINA |
| VIZIO, INC. | 39 TESLA IRVINE CA 92618 |
| WALKER STEVENS CANNOM LLP | ATTN: AMANDA WALKER/BETHANY STEVENS 500 MOLIN ST. SUITE 118 LOS ANGELES CA 90013 |
| WARM TIME INC. | 30037 AVENIDA ESPLENDIDA RANCHO PALOS VERDES CA 90275 |
| WEI GAN | 22-1-1101, FANHAI GUOJI LANHAI YUAN YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100123 CHINA |
| WEI GAN | BUILDING 21, NO. 162 DATIANKAN STREET JINJIAN DISTRICT CHENGDU SICHUAN 610065 CHINA |
| WEI GAN | NO. 1 20TH FLOOR BUILDING 21, NO. 162, DATIANKAN STREET JINJIAN DISTRICT, |

| Claim Name | Address Information |
|---|---|
| WEI GAN | CHENGDU SICHUAN 610065 CHINA |
| WEIDONG ZHU | ROOM 1005 450 CAOYANG ROAD, PUTUO DISTRICT SHANGHAI 200063 CHINA |
| WEIHUA QIU | ROOM 1001,10 FLOORS,BLOCK 1, INDIGO NO.20 JIUXIANQIAO ROAD CHAOYANG DISTRICT BEIJING 100016 CHINA |
| WELLS FARGO BANK | P.O. BOX 51193 LOS ANGELES CA 90051 |
| WELLS FARGO BANK | 1404 SARTORI AVE TORRANCE CA 90501 |
| WESTERN SECURITIES CO., LTD | ROOM 10000 BUILDING 8, NO.319,DONGXIN STREET XINCHENG DISTRICT XIAN, SHANXI 710004 CHINA |
| WUHAN CREDIT LOAN CO., LTD. | 10TH FLOOR, WEIYE BUILDING, XINHUA ROAD, JIANGHAN DISTRICT WUHAN, HUBEI 430022 CHINA |
| WUXI LEYIKE ELECTRIC VEHICLE INV ENTPRS | D1605 TALENT APARTMENT, NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT NANJING, JIANGSU 211500 CHINA |
| WUXI LEYIKE ELECTRIC VEHICLE INVESTMENT | D1605 TALENT APARTMENT, NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT NANJING, JIANGSU 211500 CHINA |
| WUXI PULEYONGHUI INVESTMENT ENTERPRISE | D1605 TALENT APARTMENT, NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT NANJING, JIANGSU 211500 CHINA |
| XIAMEN OCTUPUS INT. NETWORK TECH | ROOM 2005 303 HOUKENG HOUSHE, HULI DISTRICT XIAMEN FUJIAN 361015 CHINA |
| XIAMEN THEKING FOF INVEST PARTNERSHIP | ROOM 312,BUILDING 4, LONGSHAN WENCHUANG PARK,NO.84 LONGSHAN SOUTH RD, SIMING DISTRICT, XIAMEN, FUJIAN 361009 CHINA |
| XIAMEN ZEJIN FANGFU INVESTMENT PARTNERSH | ROOM 312,BUILDING 4, LONGSHAN WENCHUANG PARK,NO.84 LONGSHAN SOUTH RD, SIMING DIS XIAMEN FUJIAN 361009 CHINA |
| XIAMEN ZEJIN FANGFU INVESTMENT PSHP | ROOM 312,BUILDING 4, LONGSHAN WENCHUANG PARK,NO.84 LONGSHAN SOUTH RD, SIMING DISTRICT, XIAMEN, FUJIAN 361009 CHINA |
| XIANGXIANG ZUO | NO. 59, WEST DAWANG ROAD JIAN WAI DA JIE CHAOYANG QU BEIJING 100124 CHINA |
| XIANGXIANG ZUO | NO. 59, WEST DAWANG ROAD BEIJING 3-305 CHINA |
| XIAODONG WEN | 12TH FLOOR, BLOCK AB, WANTONG CENTER, NO.6, CHAOWAI STREET CHAOYANG DISTRICT BEIJING 100005 CHINA |
| XIN LI | 201, UNIT 2, BUILDING 3, BUILDING C, DISTRICT 4, ZHOUZHUANG JIAYUAN, CHAOYANG DISTRICT BEIJING 100000 CHINA |
| XINYU DINGFENG YINGTONG INVESTMENT MANAG | NO.9,CHAZI HUTONG, EAST DIANMEN STREET, DONGCHENG DISTRICT BEIJING 100005 CHINA |
| XIZANG JINMEIHUA INVESTMENT CO., LTD. | NO.462 MANAGEMENT COMMITTEE OF YANGDA INDUSTRIAL PARK, DUILONG DEQING DISTRICT LHASA, TIBET  851400 CHINA |
| YONGQIANG YANG | 301, UNIT 3, BUILDING 5 YANGGUANG SHANGDONG, DONGSIHUAN NORTH RD CHAOYANG DISTRICT BEIJING CHINA |
| YONGQIANG YANG | 301 UNIT 3, BUILDING 5 YANGGUANG SHANGDONG DONGSIHUAN NORTH ROAD, CHAOYANG DISTRICT BEIJING 100005 CHINA |
| YONGQIANG YANG | FLOOR 16, BUILDING 3 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| YUANXIN XU | ROOM 601, NO.105 BUILDING, WEST LIZE GARDEN DISTRICT, CHAOYANG DISTRICT BEIJING 100102 CHINA |
| YUEFANG JIA | ROOM 302, BUILDING 5 YI NO. 36 DONGZHIMENWAI STREET DONGCHENG DISTRICT BEIJING 100000 CHINA |
| YUEMIN JIA | BUILDING 3, 16TH FLR, 105 YAOJIAYUAN RD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| YUEMIN JIA | ROOM 501,UNIT 3,BUILDING 1 NO,21 STUI TA STREET, YAODU DISTRICT, LINFEN SHANXI 41099 CHINA |
| YUENIM JIA | 105 YAOJIAYUAN ROAD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| YUENIM JIA | BUILDING 3, 16TH FLR, 105 YAOJIAYUAN RD CHAOYANG DISTRICT BEIJING 100025 CHINA |
| ZHEJIANG ZHONGTAI CHUANGZHAN ENTERPRISE | 29TH FLOOR, BLOCK T1, WANGJING POLY INTERNATIONAL PLAZA, CHAOYANG DISTRICT BEIJING 100102 CHINA |
| ZHEJIANG ZHONGTAI CHUANGZHAN ENTRS MGMT | 29TH FLOOR, BLOCK T1, WANGJING POLY INTERNATIONAL PLAZA, CHAOYANG DISTRICT BEIJING 100102 CHINA |

| Claim Name | Address Information |
|---|---|
| ZHIJIAN DONG | 1102, ANAYA CITY MANSION BEIWA ROAD HAIDIAN DISTRICT BEIJING 100048 CHINA |
| ZHONGTAI VENTURE CAPITAL (SHENZHEN) CO. | 5 FLOORS,PACIFIC INSURANCE BUILDING 28 FENGSHENG HUTONG, TAIPING BRIDGE STREET, XICHENG DISTRICT BEIJING 100034 CHINA |
| ZHONGYING (TIANJIN) SUPPLY CHAIN MGMT | SERVICE PARTNERSHIP 41ST FLOOR GLOBAL FINANCIAL CENTER HEPING DISTRICT TIANJIN 300020 CHINA |
| ZHONGYING (TIANJIN) SUPPLY CHAIN MGMT | 41 FLOORS GLOBAL FINANCIAL CENTER HEPING DISTRICT TIANJIN 300020 CHINA |
| ZHUHAI RONGLE EQUITY INVESTMENT LP | C603 GLOBAL FINANCIAL CENTER, NO. 1 XUANWUMEN WAI STREET BEIJING 10000 CHINA |
| ZHUHAI RONGLE EQUITY INVESTMENT LP | C603 GLOBAL FINANCIAL CENTER, NO. 1 XUANWUMEN WAI STREET BEIJING 100000 CHINA |

**Total Creditor count  247**

# EXHIBIT B

| MSL-EMAIL |
| --- |
| abehlmann@lowenstein.com |
| astulman@potteranderson.com |
| com;kgood@potteranderson.com |
| csamis@potteranderson.com |
| DAVID.L.BUCHBINDER@USDOJ.GOV |
| DOSDOC_WEB@STATE.DE.US |
| glorioso.alessandra@dorsey.com |
| jmerkin@lowenstein.co |
| john.moe@dentons.com; |
| john.zhang@dentons.com |
| jprol@lowenstein.com;; |
| liu.ray@dorsey.com |
| liu@teamrosner.com |
| rosner@teamrosner.com |
| rosner@teamrosner.com; |
| schnabel.eric@dorsey.com |
| STATETREASURER@STATE.DE.US |
| sunwenjie@grandall.com.cn |
| vroldan@ballonstoll.com |