## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YUETING JIA,[1] | ) Case No.: 19-12220 (KBO) |
| | ) |
| Debtor. | ) **Docket Nos. 104, 105** |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 27, 2019, I caused to be served the:

   a. "Notice of Debtor's Motion to (I) Retain PQBDN LLC to Provide the Debtor a Chief Restructuring Officer and (II) Designate Robert Moon as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to November 17, 2019," dated November 27, 2019, to which was attached the "Debtor's Motion to (I) Retain PQBDN LLC to Provide the Debtor a Chief Restructuring Officer and (II) Designate Robert Moon as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to November 17, 2019," dated November 27, 2019 [Docket No. 104], and

   b. "Notice of Debtor's Motion for Entry of an Order Authorizing Robert Moon to Act as Foreign Representative Pursuant to Section 1505 of the Bankruptcy Code," dated November 27, 2019, to which was attached the "Debtor's Motion for Entry of an Order Authorizing Robert Moon to Act as Foreign Representative Pursuant to Section 1505 of the Bankruptcy Code," dated November 27, 2019 [Docket No. 105],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                           */s/ Wing Chan*
                                                                                            Wing Chan

Sworn to before me this
2nd day of December, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BALLON STOLL BADER & NADLER PC | COUNSEL TO (CLIENTS) ATTN: VINCENT J. ROLDAN 729 SEVENTH AVENUE -17TH FLOOR NEW YORK NY 10019 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS, TAX DIVISION 401 FEDERAL STREET P.O. BOX 898 DOVER DE 19903 |
| DELAWARE SECRETARY OF THE TREASURY | ATTN: OFFICE, MANAGING AGENT OF GENERAL AGENT 820 SILVERLAKE BLVD, SUITE 100 DOVER DE 19904 |
| DENTONS US LLP | COUNSEL TO SHANGHAI QICHENGYUEMING ATTN: JOHN A. MOE, II, ESQ,JINSHU "JOHN"ZHANG,ESQ 601 S. FIGUEROA STREET, SUITE 2500 LOS ANGELES CA 90017-5704 |
| DORSEY & WHITNEY (DELAWARE) LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL ALESSANDRA GLORIOSO 300 DELAWARE AVENUE SUITE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: RAY LIU TWIN TOWERS (WEST), SUITE 1503-1505 B12 JIANGUOMENWAI AVENUE CHAOYANG DISTRICT, BEIJING 100022 CHINA |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL 51 WEST 52 STREET NEW YORK NY 10019 |
| GRANDALL & PARTNERS CONSULTING LLC | COUNSEL TO (THE CLIENTS) ATTN: WENJIE SUN 729 SEVENTH AVENUE – 17TH FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| LOWENTEIN SANDLER LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: JEFFREY D. PROL, ESQ., ANDREW D. BEHLMANN, ESQ., JEREMY D. MERKIN, ESQ. ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DAVID BUCHBINDER J CALEB BOGGS FEDERAL BLDG 844 KING ST, STE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: CHRISTOPHER M. SAMISL L KATHERINE GOOD, AARON H. STULMAN 1313 N. MARKET STREET, 6TH FLOOR WILMWILMINGTON DE 19801-3700 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO (THE CLIENTS) ATTN: FREDEROCL B. ROSNER, ZHAO (RUBY) LIU 824 N. MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| THE ROSNERS LAW GROUP | COUNSEL TO SHANGHAI QICHENGYUEMING INVESTMENT ATTN: FREDERICK B. ROSNER, ESQ.; ZHAO (RUBY) LIU, ESQ. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS HERCULES BUILING 1313 N. MARKET STREET WILMINGTON DE 19801 |

**Total Creditor count  17**

# EXHIBIT B

**YUETING JIA**
**Electronic Mail – Master Service List**

abehlmann@lowenstein.com
astulman@potteranderson.com
com;kgood@potteranderson.com
csamis@potteranderson.com
david.l.buchbinder@usdoj.gov
dosdoc_web@state.de.us
glorioso.alessandra@dorsey.com
jmerkin@lowenstein.co
john.moe@dentons.com;
john.zhang@dentons.com
jprol@lowenstein.com;;
liu.ray@dorsey.com
liu@teamrosner.com
rosner@teamrosner.com
schnabel.eric@dorsey.com
statetreasurer@state.de.us
sunwenjie@grandall.com.cn
vroldan@ballonstoll.com

- 1 -