# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

YUETING JIA,[1]

          Debtor.

Chapter 11

Case No. 19-12220-KBO

**Re: DI 89**

## O-FILM GLOBAL (HK) TRADING LIMITED AND NANCHENG O-FILM PHOTOELECTRIC TECHNOLOGY CO., LTD.'S JOINDER IN SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE DEBTOR'S CHAPTER 1 CASE OR, ALTERNATIVELY, (II) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

O-Film Global (HK) Trading Limited and Nanchang O-Film Photoelectric Technology Co., Ltd. (collectively, "O-Film") hereby joins in Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (I) To Dismiss The Debtor's Chapter 11 Case Or, Alternatively, (II) To Transfer Venue To The Central District of California [D.I. 89] (the "Motion to Dismiss"), with the exception of Argument II of the Motion to Dismiss pertaining to the transfer of venue in which O-Film does not join and for which O-Film does not take a position. For the reasons set forth in the Motion to Dismiss, including the Debtor's attempt to obtain a discharge of claims comprised almost entirely of China-based creditors who never anticipated having to resolve their disputes in a complex insolvency proceeding brought in the United States, O-Film respectfully requests that this Court enter an Order dismissing this case and granting O-Film such other and further relief as this Court may deem just and proper.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275

Dated: December 5, 2019
Wilmington, Delaware

BAYARD, P.A.

*/s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
Scott D. Cousins (No. 3079)
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
       scousins@bayardlaw.com
       gfinizio@bayardlaw.com

*Counsel to O-Film Global (HK) Trading Limited and Nancheng O-Film Photoelectric Technology Co., Ltd.*