# EXHIBIT A

# Delaware
## The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "PACIFIC TECHNOLOGY HOLDING LLC", FILED IN THIS OFFICE ON THE TWENTY-SIXTH DAY OF JULY, A.D. 2018, AT 3:07 O`CLOCK P.M.*



*Jeffrey W. Bullock, Secretary of State*

6979576  8100
SR# 20185862545

Authentication: 203136569
Date: 07-26-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

# CERTIFICATE OF FORMATION

## OF

## PACIFIC TECHNOLOGY HOLDING LLC

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:07 PM 07/26/2018
FILED 03:07 PM 07/26/2018
SR 20185862545 - File Number 6979576

This Certificate of Formation of Pacific Technology Holding LLC (the "Company"), dated July 26, 2018, is being duly executed and filed by Miao Zhang, as an authorized natural person, for the purpose of forming a limited liability company under the provisions and subject to the requirements of the Delaware Limited Liability Company Act (6 Del. C. §18-101, *et. seq.*).

FIRST, the name of the limited liability company formed hereby is Pacific Technology Holding LLC.

SECOND, the name and address of the registered agent for service of process on the Company in the State of Delaware is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, New Castle County, Wilmington, Delaware 19801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written and submits it for filing in accordance with Section 18-201 of the Delaware Limited Liability Company Act.

/s/ Miao Zhang
Miao Zhang
Authorized Person

[Certificate of Formation – Pacific Technology Holding LLC]