# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YUETING JIA, | ) | Case No. 19-12220-KBO |
|  | ) |  |
| Debtor. | ) | **Re: Doc Nos. 89, 111** |
|  | ) |  |

## JOINDER OF TIBET JINMEIHUA INVESTMENT CO. LTD. TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Tibet Jinmeihua Investment Co. Ltd. ("JMH"), creditor and party in interest in the above-captioned case, by and through its undersigned counsel, hereby joins in the Response of the Official Committee of Unsecured Creditors (the "Committee") to Shanghai Lan Cai Asset Management Co, Ltd.'s ("Lan Cai") Motion (i) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (ii) to Transfer Venue to the Central District of California (the "Opposition") filed by the Committee on December 5, 2019 [Doc. No. 111].

JMH agrees with and supports the Opposition, and incorporates the arguments set forth in it as though fully set forth herein. Accordingly, for the reasons set forth in the Opposition, JMH requests that Lan Cai's Motion to Dismiss be denied and for such other and further relief as the Court deems proper.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: December 5, 2019 | */s/ Sally E. Veghte*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            sveghte@klehr.com<br>-and –<br><br>Morton Branzburg (*pro hac vice* admission pending)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:   (215) 569-2700<br>Facsimile:    (215) 568-6603<br>Email:  mbranzburg@klehr.com<br><br>-and-<br><br>Yates French (*pro hac vice* admission pending)<br>Benjamin M. Rhode (*pro hac vice* admission pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email: yfrench@kirkland.com<br>           benjamin.rhode@kirkland.com<br><br>*Co-Counsel to Tibet Jinmeihua Investment Co. Ltd.* |

## CERTIFICATE OF SERVICE

I, Sally E. Veghte, hereby certify that on this 5th Day of December 2019, the foregoing *Joinder of Tibet Jinmeihua Investment Co. Ltd. to the Official Committee of Unsecured Creditors' Response to Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (i) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (ii) to Transfer Venue to the Central District of California* was filed and served via the Court's electronic case filing and noticing system and first class mail on counsel listed on the Service List:

                      */s/ Sally E. Veghte*
                      Sally E. Veghte (DE Bar No. 4762)

**Service List**

James E O'Neill
PACHULSKI STANG ZIEHL
   & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801


Christopher M. Samis
L. Katherine Good
Aaron H. Stulman
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700


Jeffrey D. Prol
Andrew D. Behlmann
Jeremy D. Merkin
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068


David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801