# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YUETING JIA,<br><br>      Debtor. | Chapter 11<br><br>Case No. 19-12220-KBO<br><br>Hearing Date: 12/18/2019 @ 10:00 a.m. (ET)<br><br>RE: D.I. 89 |

**BEIJING HAIDIAN TECHNOLOGY FINANCIAL
CAPITAL HOLDING GROUP CO., LTD.'S JOINDER IN
SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION
(I) TO DISMISS THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY,
(II) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

Beijing Haidian Technology Financial Capital Holding Group Co., Ltd. ("Beijing HTF") hereby joins in Shanghai Lan Cai Asset Management Co, Ltd.'s *Motion (I) To Dismiss The Debtor's Chapter 11 Case Or, Alternatively, (II) To Transfer Venue To The Central District Of California* [D.I. 89] (the "Motion") for all the reasons set forth in the Motion.

**WHEREFORE**, Beijing HTF respectfully requests that the Court grant the relief as set forth in the Motion and grant such other and further relief as the Court deems just and proper.

Dated: December 12, 2019

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE # 3995)
Zhao (Ruby) Liu (DE# 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
liu@teamrosner.com

*Counsel to Beijing Haidian Technology
Financial Capital Holding Group Co., Ltd.*

{00027176. }