IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

YUETING JIA,[1]

           Debtor.

Chapter 11

Case No. 19-12220 (KBO)

**Re: D.I. 138**

## CERTIFICATE OF SERVICE

I, Zhao Liu, hereby certify that, on December 13, 2019, I caused a copy of *Joinder In Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (I) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (II) to Transfer Venue to the Central District of California* [D.I. 138; filed 12/13/19] to be served via First-Class Mail upon the parties below:

| | |
|---|---|
| Office of the United States Trustee<br>Attn: David Buchbinder, Esq.<br>District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Pachulski Stang Ziehl & Jones LLP<br>Attn: Richard M. Pachulski, Esq., Jeffrey W. Dulberg, Esq., and Malhar S. Pagay, Esq.<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067-4100 |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: James E. O'Neill, Esq.<br>919 North Market Street, 17th Fl.<br>Wilmington, DE 19801 | O'Melveny & Myers LLP<br>Attn: Diana M. Perez, Esq. and Suzzanne Uhland, Esq.<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| Lowenstein Sandler LLP<br>Attn: Andrew Behlmann, Esq., Jeremy D. Merkin, Esq. and Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Kobre & Kim LLP<br>Attn: Daniel J. Saval, Esq. and Dong Ni (Donna) Xu, Esq.<br>800 Third Ave, Floor 6<br>New York, NY 10022 |
| Potter Anderson & Corroon LLP<br>Attn: L. Katherine Good, Esq., Christopher M. Samis, Esq. and Aaron H. Stulman, Esq.<br>1313 N. Market Street, 6th Fl.<br>Wilmington, DE 19801 | |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

{00027225. }

Dated: December 13, 2019
       Wilmington, Delaware

                                         Respectfully Submitted,

                                         **THE ROSNER LAW GROUP LLC**

                                         */s/ Zhao Liu*
                                         Frederick B. Rosner, Esq. (DE 3995)
                                       Zhao (Ruby) Liu, Esq. (DE 6436)
                                       824 N. Market Street, Suite 810
                                       Wilmington, DE 19801
                                       Tel: (302) 777-1111
                                       rosner@teamrosner.com
                                       liu@teamrosner.com

                                                -and-

                                       **FTW LAW GROUP**

                                       Felix T. Woo, Esq.
                                       601 South Figueroa Street, Suite 4050
                                       Los Angeles, California 90017
                                       Telephone: (213) 335-3960
                                       Facsimile: (213) 344-4498
                                       fwoo@ftwlawgroup.com

                                       *Counsel to Jinan Rui Si Le Enterprise*
                                       *Management Consulting Partnership*