IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YUETING JIA,[1] | ) | Case No.: 19-12220 (KBO) |
| | ) | |
| Debtor. | ) | Re Docket No. 94, 96 and109 |

**Hearing Date: January 8, 2020 at 2:30 p.m. ET**
**Objection Deadline: December 20, 2019 at 4:00 p.m. ET**

**NOTICE OF RESCHEDULED HEARING REGARDING DEBTOR'S MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) APPROVING VOTING AND TABULATION PROCEDURES, (III) SETTING CONFIRMATION HEARING AND RELATED DEADLINES AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 4, 2019, the above-captioned

debtor and debtor in possession (the "Debtor"), filed the *Debtor's Motion for an Order*

*(I) Approving Disclosure Statement, (II) Approving Voting and Tabulation Procedures,*

*(III) Setting Confirmation Hearing and Related Deadlines and (IV) Granting Related Relief* (the

"Motion") [Docket No. 109] with the United States Bankruptcy Court for the District of

Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy

Court").

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2019, the Debtor

filed and served the *Notice of Hearing to Consider Approval of Debtor's Proposed Amended*

*Disclosure Statement for Debtor's Plan of Reorganization* [Docket No. 96] indicating that the

Bankruptcy Court had scheduled a hearing on the Motion for **December 18, 2019 at 10:00 a.m.**

**(Eastern time)**.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

DOCS_DE:226899.1 46353/002

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2019, the Debtor filed the *Amended Disclosure Statement with Respect to Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 94] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the relief requested in the Motion has been rescheduled to **January 8, 2020 at 2:30 p.m. (Eastern time)** before the Honorable Karen B. Owens, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the deadline for filing responses or objections to the Motion or the Disclosure Statement is **December 20, 2019 at 4:00 p.m. Eastern Time.**.

Dated: December 13, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel:    (302) 652-4100
Fax:    (302) 652-4400
Email: rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com
         joneill@pszjlaw.com

Proposed Attorneys for Debtor and Debtor in Possession

2