# EXHIBIT 1



| | | | |
|---|---|---|---|
| 索引号: | 40000895X/ | 分类: | 上市公司监管 ; 通知公告 |
| 发布机构: | 北京局 | 发文日期: | 2017年12月25日 |
| 名　　称: | 北京证监局关于责令贾跃亭回国履责的通告 | | |
| 文　　号: | 无 | 主 题 词: | 乐视网 通告 |

### 北京证监局关于责令贾跃亭回国履责的通告

贾跃亭：

　　近期，上市公司乐视网信息技术（北京）股份有限公司（以下简称乐视网）及乐视系相关公司经营困难，你作为乐视网实际控制人及前任董事长，在公司急需资金时未履行对上市公司提供无息借款承诺，我局已对你违反承诺的行为出具《关于对贾跃亭采取责令改正行政监管措施的决定》（北京证监局行政监管措施〔2017〕149号），截至目前你仍未履行承诺且未向我局报送整改报告。

　　我局已于2017年9月13日向你下发了《关于对贾跃亭的监管关注函》（京证监发〔2017〕256号），明确要求你在见文后立即回国，稳妥处置公司面临的各种风险，此后也通过上市公司多次向你转达了回国履责的要求，但至今未见你采取相关行动。你以投资汽车业务及融资为由滞留境外，你控制的相关公司对上市公司存在巨额欠款，至今尚未归还，相关行为严重侵害了上市公司的合法权益及广大投资者的切身利益，社会影响极其恶劣。

　　为保护上市公司及投资者合法权益，我局现责令你于2017年12月31日前回国，切实履行公司实际控制人应尽义务，配合解决公司问题，稳妥处置公司风险，切实保护投资者合法权益。

　　特此通告。

中国证监会北京监管局<br>2017年12月25日

CHINA SECURITIES REGULATORY COMMISSION
Beijing Regulatory Bureau
                        Directory of Securities and Futures Regulation Information Disclosure

| | |
|---|---|
| Reference Number: 40000895X/ | Classification: Regulation of Listed Companies; Announcement of Notice |
| Publishing Authority: Beijing Bureau | Date of Publication: December 25, 2017 |
| Name: Beijing Securities Regulatory Bureau Announcement Regarding Orders for Jia Yueting to Return to China to Fulfil Obligations | |
| Article Number: None | Subject Term(s): LeTV Announcement |

## Beijing Securities Regulatory Bureau Announcement Regarding Orders for Jia Yueting to Return to China to Fulfill Obligations

Jia Yueting:

    The listed company LeTV Information Technology (Beijing) Co., Ltd. (referred to below as "LeTV") and the company related to the LeTV system have recently faced operational difficulties. You did not fulfill your commitment of providing the listed company with an interest-free loan when the company was in urgent need of funds in your position as LeTV's actual controller and former chairman. The Bureau has ordered a "Decision on Administrative Regulatory Measures of Correctional Orders Against Jia Yueting" (Beijing Securities Regulatory Bureau Administrative Regulatory Measures [2017] No. 149) for your act of breach of commitment. As of now, you have yet to fulfill the commitment, and have yet to submit a corrective action report to the Bureau.

    The Bureau has issued a "Letter Regarding Regulatory Focus on Jia Yueting" (Beijing Securities Regulatory Bureau Publication [2017] No. 256) on September 13, 2017 and explicitly requested for you to return to China upon reading the letter so as to appropriately deal with the risks the company is facing. We have thereafter also conveyed the request for you to return to China to fulfill your obligations via the listed company, but we have yet to see you take any related actions. You continue to remain overseas on the grounds of engaging in investments in automotive businesses and financing. The related company under your control has an existing large debt against the listed company which remains outstanding to this day, and related actions have severely infringed on the listed company's legitimate rights and interests and the immediate interests of the investors, and has brought about extremely adverse social impacts.

    In order to protect the legitimate rights and interests of the listed company and that of investors, the Bureau now orders you to return to China by December 31, 2017 to truly fulfill your obligations as the actual controller of the company, cooperate in resolving the company's issues, deal with the company's risks appropriately, and truly protect the legitimate rights and interests of investors.

    This is hereby announced.

                                                              Beijing Securities Regulatory Bureau
                                                                          December 25, 2017



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | 乐视网信息技术股份有限公司关于收到中国证券监督管理委员会调查通知书的公告 |
| | 北京证监局关于责令贾跃亭回国履责的通告 |
| Source Language(s): | Simplified Chinese (CN) |
| Target Language(s): | English (US) |

Authorized Signature:

| | |
|---|---|
| Name: | Maurice Cheung |
| Title: | Project Assistant |
| Date: | 13 Dec 2019 |

Reason for signature: I approve the accuracy of this document content as written