# EXHIBIT 2

新闻　体育　汽车　房产　旅游　教育　时尚　科技　财经　娱乐　更多　　登录



搜狐财经

2835 文章　36亿 总阅读

查看TA的文章>

# 贾跃亭债务处理小组：重组方案通过后，贾跃亭或将回国经营FF

2019-11-26 10:06

17

分享到

北美时间11月25日，贾跃亭在位于美国洛杉矶FF总部召开债权人会议，这是贾跃亭赴美后第一次与国内债权人的会面。据FF方面表示，贾跃亭将在第三部分会议现身，分享想法，探讨重组方案。

贾跃亭债务处理小组称，重组方案通过后，贾跃亭在中国冻结的资产债权人可以继续处置，也可以向贾跃亭及甘薇以外的债务人追偿，同时贾跃亭在中国的个人担保也会被全部释放。此外债务处理小组称，贾跃亭要回中国经营FF。



此前贾跃亭在致债权人的信中写道，他在美国两年多的时间里，时刻不敢忘记所背负的两大重任，一个是还债回国，另一个是把FF做成。

根据贾跃亭提交的破产申请文件，他目前个人资产总额为14.17亿美元，其中大部分是金融资产，为14.12亿美元，房地产资产为477.39万美元。

价值最高的是FF法拉第母公司旗下的West Coast LLC，价值8.6亿美元，其次是太平洋科技控股，价值3.2亿美元，第三是乐视网，按照该公司暂停上市前的股价，价值约2.2亿美元。据统计，贾跃亭未冻结存款仅6.7万美金，国内冻结存款大概30万人民币。此外，贾跃亭还在美购买了价值650万美金的基金、债券和股票。

贾跃亭债务处理小组在接受采访时表示，贾跃亭债务处理小组回应懒财的资产隐匿的质疑，表示贾跃亭已经公布了全部资产，包括国内冻结的资产以及FF的股权，目前的住所是租的。

此前搜狐财经获取到贾跃亭的《个人申请破产的自愿申请》文件显示，贾跃亭预估其资产价值在5亿至10亿美元之间，债务价值在10亿到100亿美元之间，债权人数量在100-199个之间。

另一份《对贾跃亭的总索赔和预计索赔》文件显示，贾跃亭的债务主要源自其个人对中国业务的担保。"在重组方面，贾跃亭预估他面临的索赔价值36亿美元。"文件称，截至今年10月

---

大家都在搜：华鼎奖颁奖典礼2019

**热门图集**



平安产险荣获"2019年度亚洲卓越财...公司"

 

货币政策灵活、财政政策积极、房地产要稳...　炒股秘籍：提示波段操盘指标，...

 

WeLab宣布获11亿C轮融资 最新估值将跻身...　绯红女巫，可以掉斯嘉丽的女人...

**24小时热文**

1　淮海战役期间，杜聿明兵歼，蒋介石说后悔不听此...

2　最近社交太无聊？这里可你的孤独乏闷

3　张学良扣押蒋介石后，中力营救老蒋，为何最后没...



蒋介石撤离时带走了三样唯独最贵重的一样，忘了...



97岁老人将1800亿资产捐国家，没给后代留一分钱...

**搜狐号推荐**



功夫财经
国民财商提升者，中国优秀财经新媒...



中新经纬
"中新经纬"是中国新闻社携旗下中国办的财经新媒体，以"权威、前...



经济观察报
在最恰当的时点与您分享最有价值的...和商业思想。

华商韬略官方账号

---

亿美元是出于担保。贾跃亭个人能预计从抵押品或主要债务人那里收回的索赔金额。

个人破产申请文件列出了贾跃亭20个最大的无担保债权人名单。搜狐财经根据文件披露的总索赔金额加总,前20大无担保债券人金额合计24.91亿美元,约合175.96亿元人民币。

返回搜狐,查看更多

声明:该文观点仅代表作者本人,搜狐号系信息发布平台,搜狐仅提供信息存储空间服务。

贾跃亭  美元  债务  债权人  资产                                阅读 (170万)

## 我来说两句                                        17人参与,17条评论

来说两句吧……                                        登录并发表

搜狐"我来说两句" 用户公约

### 最新评论

张-大-岳

钱分完后,还回来吗???

11月25日 21:25                                        回复        0

已有17人参与,点击查看更多精彩评论

### 推荐阅读

为了保住千万年薪,他们做掉力主归化的里皮,实力明显不如亚洲杯

三十年体坛故事  · 11-17 08:36



半睡半醒梦到一串数字,中了2000万元

包头之声  · 11-15 23:17

【投中·24H】阿里上市首日市值超4万亿港元;贾跃亭召开债权人会议

投中网  · 11-26 19:12



未被贾跃亭邀请的债主:怀疑其隐瞒财产 反对重组清算

金融界  · 11-26 18:36



丈夫出差后留守妻子忍不住了~~~~~

广告 · 10:56

专项债热点资讯

中培大讲堂  · 12-05 01:48

35位代表参加贾跃亭债权人大会 FF产品及技术获债权人认可

AI财经观察  · 11-25 21:28                              55

小白读财经
微信公众号:小白读财经。跟着小白财经从此so easy!这里有最接地气..

联系我们

推荐
汇率
虚拟货币
贸易战
映客
苹果
蚂蚁金服
微商
双十一
第三方支付
债券通
前海人寿
可燃冰

## Jia Yueting's Debt Project Team: Jia Yueting May Return to China to Run FF Upon Approval of Restructuring Plan

Nov 26, 2019 10:06

Jia Yueting held a creditors meeting at Faraday Future (FF) headquarters in Los Angeles, California on November 25 PST. This was his first meeting with his Chinese creditors since his move to the United States. According to FF, Jia would be present for the third part of the meeting to share his opinions and discuss about the restructuring plan.

According to his Debt Project Team, the restructuring plan, upon approval, would allow creditors to continue to dispose of his frozen assets in China, and seek payment from debtors other than Jia Yueting and Gan Wei. Jia's personal guarantee would also be released in China. The Debt Project Team also said, Jia plans to return to China to run FF.



Earlier, Jia wrote a letter to the creditors that over the last two years in the United States, he never forgot his duties: returning to China to pay the debts, and making FF successful.

The bankruptcy application document that Jia submitted indicated that his total personal assets amounted to USD 1.417 billion, most of which were financial assets valued at USD 1.412 billion, with USD 4.7739 million worth of real-estate assets.

The most prominent was his equity stake in West Coast LLC, owned by FF's parent company, with a value of USD 860 million, followed by that in Pacific Technology Holding LLC, with a value of USD 320 million, and that in LeEco, with a value of USD 220 million as per the stock price before the stock was suspended from trading. The statistics showed that Jia had only USD 67,000 of unfrozen deposits, and about RMB 300,000 of frozen deposits in China, as well as USD 6.5 million of funds, bonds and stocks bought in the United States.

Jia's Debt Project Team said in an interview, in response to Shanghai Lan Cai Asset Management's suspicion that Jia was hiding asset, that Jia had disclosed all his assets, including the frozen assets in China and stake in FF. He was renting an apartment at the moment.

Jia's Voluntary Petition for Individuals Filing for Bankruptcy that BUSINESS.SOHU.COM obtained revealed that Jia expected that he had USD 500 million to USD 1 billion of assets, and owed 100 to 199 creditors USD 1 billion to USD 10 billion.

Another document Total and Expected Claims Against Jia Yueting showed that, most of his debts were debts he guaranteed for his businesses in China. "For the restructuring, Jia Yueting expected that he owed around USD 3.6 billion," the document revealed. As of October

9, Jia owed USD 3 billion, among which, about USD 2.5 billion was secured claims, with about USD 2.3 billion for his personal guarantees. Jia could not expect how much he could recover from the mortgage or principal debtors.

His Petition for Individuals Filing for Bankruptcy listed creditors who had the 20 largest unsecured claims. According to the aggregate amount obtained by BUSINESS.SOHU.COM based on the documents, Jia owed the top 20 unsecured creditors a total of USD 2.491 billion (about RMB 17.596 billion).
Return to Sohu.com to view more

Disclaimer: The views and opinions expressed in this article are those of the author. Mp.sohu.com is an information publishing platform, while Sohu.com provides only information storage service.



City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document, "贾跃亭债务处理小组：重组方案通过后，贾跃亭或将回国经营 FF_索赔(2891050.1)" is, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from Chinese (Simplified) to English.

Alyssa Mullally

Sworn to before me this
December 13, 2019

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE