## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Yueting Jia | |
| Debtor. | Case No. 19-12220 (KBO) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that The Rosner Group LLC hereby withdraws as Delaware Counsel to the following parties (the "Parties") in the above-captioned case:

1.  Jiangyin Hailan Investment Holding Co., Ltd.

2.  China Minsheng Trust Co., Ltd.

3.  Shanghai Leyu Chuangye Investment Management Center LP

PLEASE TAKE FURTHER NOTICE that Matthew P. Austria of the law firm of Austria Legal, LLC, hereby substitutes his appearance as Delaware Counsel to the Parties in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Vincent J. Roldan of Ballon Stoll Bader & Nadler PC and Wenjie Sun of Grandall & Partners Consulting LLC shall continue as co-counsel to the Parties.

PLEASE TAKE FURTHER NOTICE that the undersigned substituting counsel hereby requests service of any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, at the address of substituting counsel set forth below.

Dated: December 15, 2019

                                        Respectfully submitted,

/s/ Zhao Liu

Frederick B, Rosner (No. 3995)

Zhao (Ruby) Liu (No. 5436)

THE ROSNER LAW GROUP LLC

824 N. Market Street, Suite 810

Wilmington, DE 19801

Telephone: (302) 777-1111

E-mail: rosner@teamrosner.com

        liu@teamrosner.com

*Withdrawing Counsel to*
*Jiangyin Hailan Investment Holding Co., Ltd.;*
*China Minsheng Trust Co., Ltd.; and*
*Shanghai Leyu Chuangye Investment Management*
*Center LP*

/s/ Matthew P. Austria

Matthew P. Austria (No. 4827)

AUSTRIA LEGAL, LLC

1007 N. Orange Street, 4th Floor

Wilmington, DE 19801

Telephone: (302) 521-5197

Facsimile: (302) 425-0232

E-mail: maustria@austriallc.com

*Substituting Counsel to*
*Jiangyin Hailan Investment Holding Co., Ltd.;*
*China Minsheng Trust Co., Ltd.; and*
*Shanghai Leyu Chuangye Investment*
*Management Center LP*