**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yueting Jia[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 19-12220 (KBO)<br><br>**Re: Doc Nos. 89, 111** |

**JOINDER OF CHINA MINSHENG TRUST CO., LTD. TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

China Minsheng Trust Co., Ltd. ("Minsheng Trust") creditor and party in interest in the above-captioned case, by and through its undersigned counsel, hereby joins in the Response of the Official Committee of Unsecured Creditors (the "Committee") to Shanghai Lan Cai Asset Management Co, Ltd.'s ("Lan Cai") Motion (i) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (ii) to Transfer Venue to the Central District of California (the "Objection") filed by the Committee on December 5, 2019 [Doc. No. 111].

Minsheng Trust agrees with and supports the Objection, and incorporates the arguments set forth in it as though fully set forth herein. Accordingly, for the reasons set forth in the Objection, Minsheng Trust requests that Lan Cai's Motion to Dismiss be denied and for such other and further relief as the Court deems proper.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

Dated: December 15, 2019

Respectfully submitted,

AUSTRIA LEGAL, LLC

*/s/ Matthew P. Austria*
Matthew P. Austria (No. 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Facsimile: (302) 425-0232
E-mail: maustria@austriallc.com

BALLON STOLL BADER & NADLER, P.C.
Vincent J. Roldan
729 Seventh Avenue – 17th Floor
New York, NY 10019
212.575-7900
Fax 212.764-5060
vroldan@ballonstoll.com

GRANDALL & PARTNERS CONSULTING LLC
Wenjie Sun
729 Seventh Avenue – 17th Floor
New York, NY 10019
347.822.4391
sunwenjie@grandall.com.cn

*Attorneys for China Minsheng Trust Co., Ltd.*

**CERTIFICATE OF SERVICE**

I, Matthew P. Austria, hereby certify that on the 15th day of December, 2019, I caused a true and correct copy of the foregoing *Joinder of China Minsheng Trust Co., Ltd. to Official Committee of Unsecured Creditors' Response to Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (i) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (ii) to Transfer Venue to the Central District of California* to be served on the following parties in the manner indicated below as well as on all parties receiving service through the Electronic Case Filing (ECF) system via electronic mail in this case:

| | |
|---|---|
| **VIA EMAIL**<br>Pachulski Stang Ziehl & Jones LLP<br>Richard M. Pachulski<br>James E. O'Neil<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>rpachulski@pszjlaw.com<br>joneil@pszjlaw.com | **VIA EMAIL**<br>O'Melveny & Myers LLP<br>Suzzanne Uhland<br>Diana M. Perez<br>Times Square Tower, 7 Times Square<br>New York, NY 10036<br>suhland@omm.com<br>dperez@omm.com |
| **VIA EMAIL**<br>United States Trustee<br>David L. Buchbinder<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>David.L.Buchbinder@usdoj.gov | **VIA EMAIL**<br>Potter Anderson & Corroon LLP<br>Christopher M. Samis<br>L. Katherine Good<br>Aaron H. Stulman<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801-3700<br>Email: csamis@potteranderson.com<br>Email: kgood@potteranderson.com<br>Email: astulman@potteranderson.com |
| **VIA EMAIL**<br>Lowenstein Sandler LLP<br>Andrew Behlmann, Esq.<br>Jeremy D. Merkin, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Email: abehlmann@lowenstein.com<br>Email: jmerkin@lowenstein.com<br>Email: jprol@lowenstein.com | |

Dated: December 15, 2019	AUSTRIA LEGAL, LLC

*/s/ Matthew P. Austria*
Matthew P. Austria (No. 4827)