IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YUETING JIA,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 19-1220 (KBO)<br><br>Hearing Date: 12/18/2019 @ 10:00 a.m. (ET)<br><br>RE: D.I. 89 |

### HAN'S SAN JOSE HOSPITALITY LLC'S JOINDER IN SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Han's San Jose Hospitality LLC ("Han's San Jose") hereby joins in Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (I) To Dismiss The Debtor's Chapter 11 Case Or, Alternatively, (II) To Transfer Venue To The Central District Of California [D.I. 89] (the "Motion") for all the reasons set forth in the Motion.

WHEREFORE, Han's San Jose respectfully requests that the Court grant the relief as set forth in the Motion and grant such other and further relief as the Court deems just and proper.

Dated: December 16, 2019

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275

1

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Jared T. Green
Jared T. Green (5179)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Tel.: (302) 888-0600
Fax: (302) 888-0606
Email: jtgreen@svglaw.com

*Counsel to Han's San Jose Hospitality LLC*