IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YUETING JIA,<br><br>            Debtor. | Chapter 11<br><br>Case No. 19-12220-KBO<br><br>**Hearing Date: December 18, 2019 at 10:00 a.m**.<br><br>**Dkt Ref. No. 89, 111, 112, 113, 152, 153** |

**NINGBO HANGZHOU BAY NEW AREA LERAN INVESTMENT
MANAGEMENT PARTNERSHIP (LIMITED PARTNERSHIP)'S JOINDER TO
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO
SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS
THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO TRANSFER
VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA AND TO
DEBTOR'S OPPOSITION TO SHANGHAI LAN CAI ASSET
MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE
DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO
TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

      Ningbo Hangzhou Bay New Area Leran Investment Management Partnership (Limited Partnership) ("Leran"), creditor and party in interest in the above-captioned case, by and through undersigned counsel, hereby joins in (the "Joinder") the Response of the Official Committee of Unsecured Creditors (the "Committee") to Shanghai Lan Cai Asset Management Co, Ltd.'s ("SLC") Motion ("Motion") (i) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (ii) to Transfer Venue to the Central District of California (the "Opposition") (D.I. 111) and the Debtor's ("Debtor") Opposition to Shanghai Lan Cai Asset Management Co LTD.'s Motion (I) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (II) to Transfer Venue to the Central District of California (the "Debtor's Objection").  In support of this Joinder, Leran states as follows:

      1.     Leran joins in and adopts the arguments raised by the Committee and the Debtor with regard to the Motion, incorporates the arguments set forth therein as though fully set forth

herein, and reserves the right to argue in support of the Opposition and the Debtor's Objection at any hearing to consider the Motion or any amended version thereof.

2. As such, for the reasons set forth in the Opposition and the Debtor's Objection, Leran requests that SLC's Motion be denied.

WHEREFORE, Leran requests that the Court (i) deny approval of the Motion, (ii) deny the request to either dismiss this bankruptcy case or transfer venue of this bankruptcy case to the Central District of California, and (iii) grant all other and further relief that is just and proper.

Dated: December 17, 2019     **MORRIS JAMES LLP**

/s/ Brya M. Keilson
Brya Keilson, Esq. (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bkeilson@morrisjames.com

*Attorneys for Ningbo Hangzhou Bay New Area Leran Investment Management Partnership (Limited Partnership)*