# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YUETING JIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-12220-KBO<br><br>**Hearing Date: December 18, 2019 at 10:00 a.m.**<br><br>**Dkt Ref. No. 89, 111, 112, 113, 152, 153** |

**WEIDONG ZHU'S JOINDER TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA AND TO DEBTOR'S OPPOSITION TO SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.'S MOTION (I) TO DISMISS THE DEBTOR'S CHAPTER 11 CASE OR, ALTERNATIVELY, (II) TO <u>TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA</u>**

Weidong Zhu ("<u>Weidong</u>"), creditor and party in interest in the above-captioned case, by and through undersigned counsel, hereby joins in (the "<u>Joinder</u>") the Response of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to Shanghai Lan Cai Asset Management Co, Ltd.'s ("<u>SLC</u>") Motion ("<u>Motion</u>") (i) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (ii) to Transfer Venue to the Central District of California (the "<u>Opposition</u>") (D.I. 111) and the Debtor's ("<u>Debtor</u>") Opposition to Shanghai Lan Cai Asset Management Co LTD.'s Motion (I) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (II) to Transfer Venue to the Central District of California (the "<u>Debtor's Objection</u>") (D.I. 112). In support of this Joinder, Weidong states as follows:

1.  Weidong joins in and adopts the arguments raised by the Committee and the Debtor with regard to the Motion, incorporates the arguments set forth therein as though fully set forth herein, and reserves the right to argue in support of the Opposition and the Debtor's Objection at any hearing to consider the Motion or any amended version thereof.

11425663/5

2. As such, for the reasons set forth in the Opposition and the Debtor's Objection, Weidong requests that SLC's Motion be denied.

WHEREFORE, Weidong requests that the Court (i) deny approval of the Motion, (ii) deny the request to either dismiss this bankruptcy case or transfer venue of this bankruptcy case to the Central District of California, and (iii) grant all other and further relief that is just and proper.

| | |
|---|---|
| Dated:  December 17, 2019 | **MORRIS JAMES LLP** |
| | /s/ Brya M. Keilson |
| | Brya Keilson, Esq. (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail:  bkeilson@morrisjames.com |
| | *Attorneys for Weidong Zhu* |