Dear Mr. Jiayueting:

Huizhou Shibei Second Curve Capital Management Center Limited Partnership(惠州拾贝第二曲线资本管理合伙企业（有限合伙）), as a creditor of your Chapter 11 bankruptcy case, asserted a claim of approximately $70 million in your bankruptcy case.

We are writing to oppose the motion (I) to Dismiss the Debtor's Chapter 11 Case or, Alternatively, (II) to Transfer Venue to the Central District of California filed by Shanghai Lan Cai Management Co, LTD. in bankruptcy court for the District of Delaware on November 13, 2019.

We believe that all creditors should be given a full and fair opportunity to consider a bankruptcy restructuring plan in accordance with the relevant provisions of Chapter 11 of the United States Bankruptcy law. We support your efforts to convince the bankruptcy court to accept this case and hopefully the court will eventually approve the revised debt restructuring plan fully considering the interests of creditors after extensive consultation with creditors.

We believe that bankruptcy reorganization case must be pushed forward as soon as possible in view of the financing need of FF development. Therefore, we do not see any benefit in the transfer of this reorganization case from Delaware to California as

purposed in the above motion.

Given the original Prepackaged plan was not in the line with interests of all creditors, you are also advised to submit a revised reorganization plan to the bankruptcy court for a new round of voting as soon as possible after you receive this letter.

If you need any further assistance in this case regard, please feel free to contact us.

Email: 1789532931@qq.com   Mobile: +86-13501265980

Yours sincerely,

Congrong Zhang

12/13/2019