# Exhibit "D"

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yueting Jia, | ) | Case No. 19-12220-KBO |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING THE MOTION OF THE UNITED STATES TRUSTEE'S**
**MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11**
**TRUSTEE**

The Court having considered the Motion of the United States Trustee for an Order Directing the Appointment of a Trustee ("Motion")

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted;

2.  The United States Trustee's Office is hereby directed to appoint a trustee pursuant to 11 U.S.C. § 1104;

Dated:_____
Wilmington, Delaware                    _____
                                        THE HONORABLE KAREN B. OWENS
                                        UNITED STATES BANKRUPTCY JUDGE