# SIGN – IN SHEET

CASE NAME: Yueting Jia

COURTROOM:     3

CASE NO.:    19-12220-KBO

DATE: December 18, 2019 10:00 AM

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Neil Glassman | Bayard | O-Film companies |
| Andrew Behlmann | Lowenstein | Creditors' committee |
| Jeremy Merkin | " | " |
| Chris Samis | Potter Anderson | " |
| Morton R. Branzburg | Klehr Harrison Harvey Branzburg LLP | Tibet Jinmeihua Investment Co Ltd |
| Sally E. Veghte | " | " |
| Yates M. French | Kirkland + Ellis LLP | " |
| Richard Pachulski | PSZ&J | Debtor |
| Malhar Pagay | " | " |
| James O'Neill | " | " |
| Suzzanne Uhland | OMM | Debtor-special counsel |
| Diana Perez | OMM | " |
| Brya Keilson | MJ | Weidong Zhu |
| Brya Keilson | MJ | Ningbo Hangzhou Bay New Area Loran |
| Brya Keilson | MJ | China Consumer Capital Fund II LP |
| Brya Keilson | MJ | Linfen Investor Grp Ltd |
| Brya Keil | MJ | Jiaxing Haiwa Inv. Partnership |
| " | MJ | Chian Sqt Grng Inv. (WUXI) Ptshp |

| | | |
|---|---|---|
| Daniel Saval & Donna Xu | Kobve & Kim | Shanghai Lan Cai Management Co, Ltd |
| Zhao (Ruby) Liu | The Rosner Law Group LLC | " " " |
| " " | " " | Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) |
| " " | " " | Jinan Rui Si Le Enterprise Management Consulting Partnership |
| " " | " " | Beijing Haidian Technology Financial Capital Holding Group Co. |
| David L. Buensinder | USTP IPOT | UST |
| Alessandra Glorioso | Dorsey & Whitney | Chongqing Strategic Emerging Indu. |
| Eric Lopez Schnabel | " | Leew Cloud Special equity Inve. fund P.ship |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Karen B. Owens

Courtroom

*2nd Revision   Dec 18 2019  5:46AM*

| Calendar Date: | 12/18/2019 |
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Jia | 10-12220 | Hearing | 10257666 | Wang Jerry | (201) 354-7734 ext. | Wang Jerry - In Pro Per/Pro Se | Interested Party, Jerry Wang / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10252660 | Aisha Al-Muslim | (212) 416-4948 ext. | The Wall Street Journal | Media, Aisha Al-Muslim / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10257916 | Matthew Austria | (302) 521-5197 ext. | Austria Legal, LLC | Representing, Jiangyin Hailan Investment Holding Co., Ltd., China Minsheng Co., and Shanghai Le / LI |
| | | Jia | 19-12220 | Hearing | 10257604 | Jeffery W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, Jia / LIVE |
| | | Jia | 19-12220 | Hearing | 10259455 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10239328 | Lynn P. Harrison III | (212) 696-6199 ext. | Curtis, Mallet-Prevost, Colt & Mosle LLP | Interested Party, Curtis, Mallet-Prevost, Colt & Mosle LLP / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10255879 | Tianjiao Li | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Debtor, Yueting Jia / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10250034 | John A. Moe, II | (213) 892-4905 ext. | Dentons US, LLP | Creditor, Shanghai Qichengyueming Investment Partnership Enterprises / LIVE |
| | | Jia | 19-12220 | Hearing | 10249243 | Susan P. Persichilli | (631) 470-1874 ext. | Epiq | Interested Party, Susan P. Persichilli / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10258447 | Andrew Polansky | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Pibdt Jinmeihua / LISTEN ONLY |
| | | Jia | 19-12220 | Hearing | 10257861 | Benjamin Rhode | (312) 862-2764 ext. | Kirkland & Ellis LLP | Creditor, Tibet Jinmeihua / LIVE |

| Jia | 19-12220 | Hearing | 10259679 | Vincent J. Roldan | (212) 575-7900 ext. 3324 | Ballon Stoll Bader & Nadler, P.C. | Creditor, China Minsheng Trust Co., Shanghai Leyu Chuangye Investment Mgmt, Jiangyin Hailan Inv / LI |
| Jia | 19-12220 | Hearing | 10255818 | Adam L. Rosen | (516) 407-3756 ext. | Adam L. Rosen PLLC | Creditor, Henry Hong Liu / LISTEN ONLY |
| Jia | 19-12220 | Hearing | 10259939 | Jinshu Zhang | (213) 688-1000 ext. | Dentons US LLP | Creditor, Shanghai Qicheng Yueming / LISTEN ONLY |