# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YUETING JIA, | ) ) | Case No. 19-12220 (KBO) |
| Debtor. | ) ) ) ) ) | **Related to Docket Nos. 89, 110-113, 121, 130, 136, 138, 148, 151-53, 155, 159, 165-70 & 172** |

## ORDER TRANSFERRING VENUE TO THE
## CENTRAL DISTRICT OF CALIFORNIA

Upon consideration of *Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (I) To Dismiss The Debtor's Chapter 11 Case Or, Alternatively, (II) To Transfer Venue To The Central District Of California* (the "Motion"), the objections filed thereto by the above-captioned debtor and the Official Committee of Unsecured Creditors, and the various joinders and responses filed by parties in support of and in opposition to the relief requested in the Motion; and it appearing that this Court has jurisdiction over this matter; and due and proper notice of the Motion having been given, and no other or further notice being required; after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** for the reasons stated on the record at the hearing held on the Motion on December 18, 2019 that the above-captioned chapter 11 case is hereby transferred to the United States Bankruptcy Court for the Central District of California.

**Dated: December 18th, 2019**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**