IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YUETING JIA, | ) Case No. 19-12220 (KBO) |
| Debtor. | ) Related to Docket Nos. 89, 110-113, 121, 130, 136, 138, 148, 151-53, 155, 159, 165-70 & 172 |

## ORDER TRANSFERRING VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Upon consideration of *Shanghai Lan Cai Asset Management Co, Ltd.'s Motion (I) To Dismiss The Debtor's Chapter 11 Case Or, Alternatively, (II) To Transfer Venue To The Central District Of California* (the "Motion"), the objections filed thereto by the above-captioned debtor and the Official Committee of Unsecured Creditors, and the various joinders and responses filed by parties in support of and in opposition to the relief requested in the Motion; and it appearing that this Court has jurisdiction over this matter; and due and proper notice of the Motion having been given, and no other or further notice being required; after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** for the reasons stated on the record at the hearing held on the Motion on December 18, 2019 that the above-captioned chapter 11 case is hereby transferred to the United States Bankruptcy Court for the Central District of California.

Dated: December 18th, 2019
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

In re:                                                                              Case No. 19-12220-KBO
Yueting Jia                                                                         Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: BonnieA              Page 1 of 2              Date Rcvd: Dec 19, 2019
                              Form ID: pdfodc           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
db         +Yueting Jia,   91 Marguerite Drive,   Rancho Palos Verdes, CA 90275-4476
aty        +Andrew D. Behlmann,   Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty        +Benjamin M. Rhode,   Kirkland & Ellis LLP,   300 North LaSale,   Chicago, IL 60654-5412
aty        +Diana M. Perez,   O'Melveny & Myers LLP,   7 Times Square,   New York, NY 10036-6524
aty        +Eric Lopez Schnabel,   Dorsey & Whitney LLP,   51 W. 52nd Street,   New York, NY 10019-6119
aty         James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
             PO Box 8705,   Wilmington, DE 19899-8705
aty        +Jeffrey D. Prol,   Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty        +Jeffrey W. Dulberg,   Pachulski Stang Ziehl & Jones LLp,   10100 Santa Monica Boulevard,
             13th Floor,   Los Angeles, CA 90067-4003
aty        +Jeremy D. Merkin,   Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty        +Jinshu Zhang,   Dentons US LLP,   601 S. Figueroa Street,   Suite 2500,
             Los Angeles, CA 90017-5709
aty         John Han,   Kobre & Kim LLP,   ICBC Tower, 6th Floor,   3 Garden Road,   Central,   HONG KONG
aty        +L. Katherine Good,   Potter Anderson & Corroon LLP,   1313 N. Market Street,   6th Floor,
             Wilmington, DE 19801-6108
aty         Ray Liu,   Twin Towers (West), Suite 1503-1505,   B12 Jianguomenwai Avenue,   Chaoyang District,
             Beijing,   100022,   CHINA
aty        +Suzzanne Uhland,   O'Melveny & Myers LLP,   Times Square Tower,   7 Times Square,
             New York, NY 10036-6524
aty        +Vincent J. Roland,   Ballon Stoll Bader & Nadler PC,   729 Seventh Avenue  17th Floor,
             New York, NY 10019-6887
aty        +Vincent J. Roldan,   Ballon Stoll Bader & Nadler, PC,   729 Seventh Avenue,   17th Floor,
             New York, NY 10019-6887
aty        +Wenjie Sun,   Grandall & Partners Consulting LLC,   729 Seventh Avenue  17th Floor,
             New York, NY 10019-6887
aty        +Yates M. French,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
14233147   +Shanghai Qichengyueming Investment Partnership Ent,   c/o John A. Moe, II,
             601 S. Figueroa Street, 25th Floor,   Los Angeles, CA 90017-5704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Huizhou Shibei Second Curve Capital Management Cen
cr           Wuxi Leyike Investment Ltd
cr           Wuxi Pule Investment Ltd
                                                                                      TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
              Aaron H. Stulman    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com
              Alessandra Glorioso    on behalf of Creditor    Chongqing Strategic Emerging Industry Leeco Cloud
               Special Equity Investment Fund Partnership glorioso.alessandra@dorsey.com
              Brya Michele Keilson    on behalf of Creditor    China Consumer Capital Fund II, L.P.
               bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
              Brya Michele Keilson    on behalf of Creditor    Ningbo Hangzhou Bay New Area Leran Investment
               Management Partnership (Limited Partnership) bkeilson@morrisjames.com,
               wweller@morrisjames.com;rzerbe@morrisjames.com
              Brya Michele Keilson    on behalf of Creditor    Linfen Investment Group, Ltd.
               bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com

```
District/off: 0311-1          User: BonnieA              Page 2 of 2                  Date Rcvd: Dec 19, 2019
                              Form ID: pdfodc            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Brya Michele Keilson    on behalf of Creditor   Weidong Zhu bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
          Brya Michele Keilson    on behalf of Creditor   Jiaxing Haiwen Investment Partnership bkeilson@morrisjames.com,   wweller@morrisjames.com;rzerbe@morrisjames.com
          Brya Michele Keilson    on behalf of Creditor   Chian Soft Growing Investment (WUXI) Partnership bkeilson@morrisjames.com,   wweller@morrisjames.com;rzerbe@morrisjames.com
          Christopher M. Samis    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS csamis@potteranderson.com, cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;lhuber@potteranderson.com
          David L. Buchbinder    on behalf of U.S. Trustee   U.S. Trustee david.l.buchbinder@usdoj.gov, david.l.buchbinder@usdoj.gov
          Domenic E. Pacitti    on behalf of Creditor   Tibet Jinmeihua Investment Co. Ltd. dpacitti@klehr.com
          Dong  Xu   on behalf of Creditor   Shanghai Lan Cai Asset Management Co, Ltd. Donna.Xu@kobrekim.com
          EScribers, LLC    operations@escribers.net
          Epiq Corporate Restructuring, LLC    nmrodriguez@epiqsystems.com
          Frederick B. Rosner    on behalf of Creditor   Shanghai Lan Cai Asset Management Co, Ltd. rosner@teamrosner.com
          Frederick B. Rosner    on behalf of Creditor   Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) rosner@teamrosner.com
          GianClaudio  Finizio    on behalf of Interested Party   Nancheng O-Film Photoelectric Technology Co., LTD gfinizio@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio    on behalf of Interested Party   O-Film Global (HK) Trading Limited gfinizio@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com
          James E O'Neill    on behalf of Debtor Yueting  Jia joneill@pszjlaw.com,   efile1@pszjlaw.com
          Jared T. Green    on behalf of Creditor   Han's San Jose Hospitality LLC jtgreen@svglaw.com, spappa@svglaw.com
          John A. Moe, II    on behalf of Creditor   Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) john.moe@dentons.com,   Glenda.spratt@dentons.com
          L. Katherine Good    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
          Malhar S. Pagay    on behalf of Debtor Yueting  Jia mpagay@pszyjw.com, snelson@pszyjw.com;smiller@pszyjw.com
          Matthew P. Austria    on behalf of Creditor   Shanghai Leyu Chuangye Investment Management Center LP maustria@austriallc.com,   maustria@austriashrum.com
          Matthew P. Austria    on behalf of Creditor   China Minsheng Trust Co., Ltd. maustria@austriallc.com,   maustria@austriashrum.com
          Matthew P. Austria    on behalf of Creditor   Jiangyin Hailan Investment Holding Co., Ltd. maustria@austriallc.com,   maustria@austriashrum.com
          Morton R. Branzburg    on behalf of Creditor   Tibet Jinmeihua Investment Co. Ltd. mbranzburg@klehr.com,   jtaylor@klehr.com
          Neil B. Glassman    on behalf of Interested Party   Nancheng O-Film Photoelectric Technology Co., LTD bankserve@bayardlaw.com, nglassman@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
          Neil B. Glassman    on behalf of Interested Party   O-Film Global (HK) Trading Limited bankserve@bayardlaw.com,   nglassman@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
          Sally E. Veghte    on behalf of Creditor   Tibet Jinmeihua Investment Co. Ltd. sveghte@klehr.com
          Scott D. Cousins    on behalf of Interested Party   Nancheng O-Film Photoelectric Technology Co., LTD scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott D. Cousins    on behalf of Debtor Yueting  Jia scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          Zhao  Liu   on behalf of Creditor   Beijing Haidian Technology Financial Capital Holding Group Co., Ltd. liu@teamrosner.com
          Zhao  Liu   on behalf of Creditor   Shanghai Lan Cai Asset Management Co, Ltd. liu@teamrosner.com
          Zhao  Liu   on behalf of Creditor   Jinan Rui Si Le Enterprise Management Consulting Partnership liu@teamrosner.com
          Zhao  Liu   on behalf of Creditor   China Minsheng Trust Co., Ltd. liu@teamrosner.com
          Zhao  Liu   on behalf of Creditor   Shanghai Leyu Chuangye Investment Management Center LP liu@teamrosner.com
          Zhao  Liu   on behalf of Creditor   Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) liu@teamrosner.com

                                                                                        TOTAL: 39