**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YUETING JIA,[1] | ) Case No.: 19-12220 (KBO) |
| | ) |
| Debtor. | ) **Docket No. 150** |
| | ) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 16, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 18, 2019 at 10:00 a.m. (Prevailing Eastern Time), Before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801," dated December 16, 2019 [Docket No. 150], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c.  delivered via facsimile to those parties listed on the annexed Exhibit C.

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

-1-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
20th day of December, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |

**Total Creditor count  2**

**EXHIBIT B**

YUETING JIA - Case No.: 19-12220 (KBO)
Electronic Mail Master Service List

abehlmann@lowenstein.com
astulman@potteranderson.com
benjamin.rhode@kirkland.com
com;kgood@potteranderson.com
csamis@potteranderson.com
david.l.buchbinder@usdoj.gov
dpacitti@klehr.com
dosdoc_web@state.de.us
glorioso.alessandra@dorsey.com
jmerkin@lowenstein.com
john.moe@dentons.com;
john.zhang@dentons.com
jprol@lowenstein.com;;
jtgreen@svglaw.com
liu.ray@dorsey.com
liu@teamrosner.com
maustria@austriallc.com
mbranzburg@klehr.com
schnabel.eric@dorsey.com
statetreasurer@state.de.us
sunwenjie@grandall.com.cn
sveghte@klehr.com
vroldan@ballonstoll.com
yfrench@kirkland.com

YUETING JIA - Case No.: 19-12220 (KBO)
Electronic Mail Additional Parties

rosner@teamrosner.com
daniel.saval@kobrekim.com
donna.xu@kobrekim.com
gfinizio@bayardlaw.com
john.han@kobrekim.com
liu@teamrosner.com
nglassman@bayardlaw.com
scousins@bayardlaw.com

**EXHIBIT C**

YUETING JIA - Case No.: 19-12220 (KBO)
Facsimile Master Service List

| Name | Attention | Fax |
| --- | --- | --- |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS, TAX DIVISION | 302-739-5831 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY | 855-235-6787 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION | 855-235-6787 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DAVID BUCHBINDER | 302-573-6497 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER | 302-573-6497 |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS | 302-573-6220 |
| BALLON STOLL BADER & NADLER PC | COUNSEL TO (CLIENTS) | 212-764-5060 |
| LOWENTEIN SANDLER LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED | 973-597-2400 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED | 302-658-1192 |